SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   AMANDA BECK
3  ROSS PEARSON
   Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5
   Telephone: (916) 554-2700
6  Facsimile:  (916) 554-2900

7
   Attorneys for Plaintiff
8  United States of America

**FILED**

MAY 21 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

2:19-MJ-0080 ___-CKD

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | **SEALING ORDER** |
| v. | **UNDER SEAL** |
| Ronald YANDELL,<br>   also known as "Renegade,"<br>Daniel "Danny" TROXELL,<br>William "Billy" SYLVESTER,<br>   also known as "Billy from Norco,"<br>Travis BURHOP,<br>Brant DANIEL,<br>   also known as "Two Scoops,"<br>Donald MAZZA,<br>   also known as "Popeye,"<br>Pat BRADY,<br>   also known as "Big Pat,"<br>Jason "Jake" CORBETT,<br>Matthew HALL,<br>   also known as "Psycho," or "Cyco,"<br>Samuel KEETON,<br>Michael TORRES,<br>   also known as "Mosca,"<br>Jeanna QUESENBERRY,<br>Kevin MacNAMARA, | |

SEALING ORDER                                1

1 | Kristen DEMAR,
  | Justin PETTY,
2 |     also known as "Rune,"
  | and
3 | Kathleen NOLAN,
4 |                    Defendants.

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit in support thereof and Arrests Warrants in the above-captioned matter be, and is hereby ordered SEALED until further order of this Court

Dated: 5/21/2019

By: _____
Hon. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE

SEALING ORDER                            2