McGREGOR W. SCOTT
United States Attorney
JASON HITT
AMANDA BECK
ROSS PEARSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

**FILED**

JUN 04 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Ronald YANDELL, et al.,<br><br>Defendants. | Case No. 2:19-MJ-00080 CKD<br><br>**UNDER SEAL**<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S EX-PARTE APPLICATION TO SEALED CRIMINAL COMPLAINT AND REQUEST FOR PROTECTIVE ORDER |

The United States of America has applied to this Court for an order pursuant to disclose a sealed Criminal Complaint captioned *United States v. Yandell, et al.*, Case No. 2:19-MJ-00080 CKD. In particular, the United States requests that disclosure of the sealed Complaint be permitted to the federal courts hearing initial appearances on this case, prosecutors representing the United States in those appearances, and defense counsel appointed to represent any defendants arrested pursuant to warrants issued in this case.

Based upon the facts and representations set forth in the government's motion, the Court finds that limited disclosure of the sealed Criminal Complaint in *United States v. Yandlell, et al.*, Case No. 2:19-MJ-00080 CKD, will be permitted and the Court issues a protective order against

1

further disclosure by any recipients of the *Yandell* complaint based upon the findings set forth below.

1. The Court finds that the right of the "press and the public have a presumed right of access to court proceedings and documents" is overcome in this case "based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Press-Enterprise Co. v. Superior Court,* 464 U.S. 501, 510 (1985). In particular, the Court finds that a limited delay of public disclosure of the *Yandell* complaint will protect the lives of law enforcement officers executing arrest warrants in this case. Based upon the government's representations, the Court anticipates full disclosure will occur on or about June 6, 2019. Accordingly, the right of access is only limited for a short duration.

2. In addition, the Court finds that pursuant to Federal Rule of Criminal Procedure 16(d)(1), Local Rule 141(b) and *United States v. Doe,* 870 F.3d 991, 1000 (9th Cir. 2017), the there is good cause to maintain the *Yandell* complaint under seal because there are substantial risks of harm to the law enforcement officials in this case and there is the potential to compromise an ongoing investigation. Both compelling reasons in maintain the *Yandell* complaint under seal for now. *Doe,* 870 F.3d at 998-1000.

3. Accordingly, IT IS HEREBY ORDERED that the Criminal Complaint in *United States v. Yandell*, Case No. 2:19-MJ-00080 CKD, may only be disclosed to the following entities for the limited purposes of performing matters required by the Federal Rules of Criminal Procedure: any federal court conducting proceedings arising from the *Yandell* complaint, any defense counsel appointed or retained to represent any defendant arrested in the *Yandell* complaint, and any Assistant United States Attorney appearing on behalf of the United States arising from the

*Yandell* complaint. For all other purposes, the *Yandell* complaint shall remain under seal and not made public until further order of this Court. Any person receiving a copy of the sealed Criminal Complaint captioned *United States v. Yandell, et al.,* Case No. 2:19-MJ-00080 CKD, is hereby prohibited from disseminating this document, filing it on a public docket, or otherwise publicizing the contents of the affidavit.

4. The government ex-parte application and this Order shall remain under seal and disseminated only as needed for the purposes of facilitating required proceedings in *United States v. Yandell*, Case No. 2:19-MJ-00080 CKD

IT IS SO ORDERED.

DATED: 6-4-2019

EDMUND F. BRENNAN
United States Magistrate Judge