McGREGOR W. SCOTT
United States Attorney
JASON HITT
AMANDA BECK
ROSS PEARSON
DAVID SPENCER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2751

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0107 KJM |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | [Local Rules 123(a)(4), 123(c)] |
| RONALD YANDELL,<br>DANIEL "Danny" TROXELL,<br>WILLIAM "Billy" SYLVESTER,<br>TRAVIS BURHOP,<br>BRANT DANIEL,<br>DONALD MAZZA,<br>PAT BRADY,<br>JASON "Jake" CORBETT,<br>MATTHEW HALL,<br>SAMUEL KEETON,<br>MICHAEL TORRES,<br>JEANNA QUESENBERRY,<br>KEVIN MacNAMARA,<br>KRISTEN DEMAR,<br>JUSTIN PETTY, and<br>KATHLEEN NOLAN, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0079 KJM |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | [Local Rules 123(a)(4), 123(c)] |
| BRIAN BUTLER, and<br>VICENTE CASTRO ZAVALETA, | |
| Defendants. | |

| | |
|---|---|
| 1    UNITED STATES OF AMERICA, | )   Case No. 2:19-cr-0081 KJM |
| 2         Plaintiff, | )   **NOTICE OF RELATED CASES** |
| 3            v. | )   [Local Rules 123(a)(4), 123(c)] |
| 4    JEANNA QUESENBERRY, NANCY PHILLIPS, | ) |
| 5    KATHERINE FUIMAONO, and STACI BLANTON, | ) |
| 6         Defendants. | ) |

---

United States of America, Plaintiff, v. Jeanna Quesenberry, Nancy Phillips, Katherine Fuimaono, and Staci Blanton, Defendants. — Case No. 2:19-cr-0081 KJM — **NOTICE OF RELATED CASES** [Local Rules 123(a)(4), 123(c)]

United States of America, Plaintiff, v. Arturo Zavaleta, Defendant. — Case No. 2:19-cr-00110 MCE — **NOTICE OF RELATED CASES** [Local Rules 123(a)(4), 123(c)]

# N O T I C E   O F   R E L A T E D   C A S E S

The United States of America, by and through Assistant United States Attorney Jason Hitt, provides notice to the Court and the Clerk of the Court that the cases of *United States v. Butler, et al.*, Case No. 2:19-cr-0079 KJM, *United States v. Quesenberry, et al.*, Case No. 2:19-cr-0081 KJM, and *United States v. Yandell, et al.*, Case No. 2:19-cr-0107 KJM are related to the case of *United States v. Zavaleta*, Case No. 2:19-cr-00110 MCE. The *Butler*, *Quesenberry*, and *Yandell* cases are related to the *Zavaleta* case within the meaning of Eastern District of California Local Rules 123(a)(3) and 123(a)(4).

The matters are related under Local Rule 123(a)(3) because all four actions share a common set of facts, witnesses, and evidence. The matters are related under Local Rule 123(a)(4) because keeping all of the cases assigned to the same District Judge would avoid a substantial duplication of labor. In particular, the *Zavaleta* case relies upon evidence of drugs, firearms, and other contraband seized from a home that the government alleges was the residence of the supplier for drugs supplied in the *Butler* case. During subsequent investigation of the *Butler* targets, the United States obtained wiretaps which resulted, in part, in the evidence supporting the *Quesenberry* and *Yandell* cases. During the arrests and

investigative takedown of the defendants in the *Butler*, *Quesenberry*, and *Yandell* cases, DEA obtained a search warrant and executed it at the home of the defendant in the subsequent *Zavaleta* case. There are many witnesses from the *Butler*, *Quesenberry*, and *Yandell* cases that support the charges in the *Zavaleta* case, including the undercover agent who began the investigation into *Butler*, continued it through the *Quesenberry* and *Yandell* investigation, and concluded with the search warrant served at the residence from in the *Zavaleta* case. The matters are therefore related under Local Rule 123(a)(4) because assignment of these actions to a single District Judge is likely to effect a great savings of judicial effort. In addition, the parties in the *Butler*, *Quesenberry*, and *Yandell* cases have agreed to use one discovery coordinator for all three cases and defense counsel for *Zavaleta* will likely desire access to this shared discovery in order to evaluate the case against Mr. Zavaleta. By granting this related-case order, counsel in *Zavaleta* will be able to use the shared resources of the discovery coordinator in the other cases.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    The only necessary step to effectuate this related-case request is for the Court to have the Clerk

2    of the Court designate the case of *United States v. Zavaleta*, Case No. 2:19-cr-00110 MCE as related to

3    the cases already assigned to this Court in *United States v. Butler, et al.*, Case No. 2:19-cr-0079 KJM,

4    *United States v. Quesenberry, et al.*, Case No. 2:19-cr-0081 KJM, *United States v. Yandell, et al.*, Case

5    No. 2:19-cr-0107 KJM.  The United States therefore respectfully provides notice that the criminal

6    Indictment in *United States v. Zavaleta*, Case No. 2:19-cr-00110 MCE, is related to the Indictments in

7    *United States v. Butler, et al.*, Case No. 2:19-cr-0079 KJM, *United States v. Quesenberry, et al.*, Case

8    No. 2:19-cr-0081 KJM, *United States v. Yandell, et al.*, Case No. 2:19-cr-0107 KJM, within the meaning

9    of Local Rules 123(a)(3) and 123(a)(4) and asks that the Court ask the Clerk of the Court designate the

10   *Zavaleta* case as related to the *Butler*, *Quesenberry*, and *Yandell* cases.

11

12                                          Respectfully submitted,

13
                                            McGREGOR W. SCOTT
14                                          United States Attorney

15   DATED: July 22, 2019               By:/s/*Jason Hitt*_____
                                            JASON HITT
16                                          AMANDA BECK
                                            ROSS PEARSON
17                                          DAVID SPENCER
                                            Assistant U.S. Attorneys
18

19

20

21

22

23

24

25

26

27

28

# O R D E R

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the case of *United States v. Zavaleta*, Case No. 2:19-cr-00110 MCE, is related to the cases of *United States v. Butler, et al.*, Case No. 2:19-cr-0079 KJM, *United States v. Quesenberry, et al.*, Case No. 2:19-cr-0081 KJM, and *United States v. Yandell, et al.*, Case No. 2:19-cr-0107 KJM, within the meaning of Local Rules 12(a)(3) and 123(a)(4) because assignment of these actions to a single District Judge is likely to effect a great savings of judicial effort and the two actions share a common set of facts, witnesses, and evidence.

Based upon this finding, IT IS HEREBY ORDERED that, pursuant to Local Rule 123(c), the Clerk of the Court is directed to reassign the case of *United States v. Zavaleta*, Case No. 2:19-cr-00110 MCE to the Honorable Kimberly J. Mueller and it shall thereafter be designated "Case No. 2:19-cr-00110 KJM."

IT IS FURTHER ORDERED that the Clerk of the Court shall make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

**IT IS SO ORDERED**.

DATED:  July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE