IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)    Case № 2:19-cr-00107-KJM
Plaintiff, )
)    **O R D E R**
vs. )    **WAIVING *PRO HAC VICE* FEE FOR CJA**
)    **LEARNED COUNSEL NOT ADMITTED**
RONALD YANDELL (1) and )    **TO CALIFORNIA LEGAL PRACTICE -**
WILLIAM SYLVESTER (3), )    **POTENTIAL DEATH PENALTY**
)    **PROSECUTIONS**
Defendants. )
)

Upon the Federal Defender – California Eastern's motion, good cause appearing, and considering Local Rule 180(b)(2), General Order 582 *CJA Plan* § XIV.C.2, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED, in appointing learned counsel **Nathan Chambers** for RONALD YANDELL and Mark Fleming for WILLIAM SYLVESTER, waiving this District's $225 *pro hac vice* admission fee for their CJA appointments in these cases alone, providing each individually qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

DATED:  August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE