IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RONALD YANDELL (1) and<br>WILLIAM SYLVESTER (3),<br><br>　　　　Defendants. | Case № 2:19-cr-00107-KJM<br><br>**O R D E R**<br>**WAIVING *PRO HAC VICE* FEE FOR CJA**<br>**LEARNED COUNSEL NOT ADMITTED**<br>**TO CALIFORNIA LEGAL PRACTICE -**<br>**POTENTIAL DEATH PENALTY**<br>**PROSECUTIONS** |

Upon the Federal Defender – California Eastern's motion, good cause appearing, and considering Local Rule 180(b)(2), General Order 582 *CJA Plan* § XIV.C.2, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED, in appointing learned counsel **Nathan Chambers** for RONALD YANDELL and Mark Fleming for WILLIAM SYLVESTER, waiving this District's $225 *pro hac vice* admission fee for their CJA appointments in these cases alone, providing each individually qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

DATED: August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

*U.S. v. Ronald Yandell*  -1-  Order Waiving *Pro Hac Vice* Fee for
*and William Sylvester*        CJA Learned Counsel Not Admitted to
                               California Practice