HEATHER E. WILLIAMS, Bar #122664
Federal Defender
801 I Street, 3rd floor
Sacramento, California  95814-2512
heather_williams@fd.org
Telephone: (916) 498.5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case № 2:19-cr-00107-KJM |
| | ) | |
| vs. | ) | **APPLICATION AND ORDER FOR APPOINTMENT OF CJA LEARNED COUNSEL – POTENTIAL DEATH PENALTY PROSECUTIONS** |
| RONALD YANDELL (1), | ) | |
| Defendant. | ) | |

The Federal Defender – California Eastern, in its roles as a member of the CJA Panel Selection Committee and finding appointed counsel for individuals requiring legal consultation and representation, pursuant to 18 U.S.C. §§ 3005, 3006A, and 3599`, requests this Court appoint counsel for RONALD YANDELL and recommends appointment of **Nathan Chambers, 303 16th Street, Suite 200, Denver, CO  80202, (303) 825.2222, nchambers@nathanchamberslaw.com** as CJA Learned Counsel in the law applicable to capital cases, as co-counsel to CJA appointed Panel Lawyer Peter Kmeto, as follows:

Given the seriousness of the possible death sentence to RONALD YANDELL's charges, it is important for to have representation and counsel as soon as possible, even pre-indictment.  In a possible death penalty case, a defendant must have two counsel.  We request Mr. Chambers' appointment here be effective *nunc pro tunc* to June 29, 2019 when Death Penalty Resource Counsel discussed his potential representation with him.

Dated: July 17, 2019

/s/ Heather E. Williams
HEATHER E. WILLIAMS
Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints **Nathan Chambers** as learned counsel, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599.  Said appointment is effective *nunc pro tunc* to June 29, 2019.

Dated:  August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE