| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |
|---|---|---|

UNITED STATES OF AMERICA
                Plaintiff(s),

                              Case No. 19-CR-107-KJM

v.

RONALD YANDELL
                Defendant(s).

      I Nathan D. Chambers, attorney for Ronald Yandell, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below. Pursuant to Court Order at Docket No. 118, the pro hac vice admission fee has been waived.

      In support of this petition, I state under penalty of perjury that:

      My business address is:

| | |
|---|---|
| Firm Name: | Nathan D. Chambers LLC |
| Address: | 303 16th Street<br>Suite 200 |
| City: | Denver |
| State: | Colorado    ZIP Code: 80111 |
| Voice Phone: | (303) 825-2222 |
| FAX Phone: | (303) 825-4010 |
| Internet E-mail: | nchambers@nathanchamberslaw.com |
| Additional E-mail: | N/A |
| I reside in City: | Greenwood Village    State: Colorado |

I was admitted to practice in the Colorado Supreme Court on May 29, 1985 and the United States District Court for the District of Colorado on January 28, 1991. I am presently in good standing and eligible to practice in said courts. Certificates of good standing from the court in my state of primary practice and from the United States District Court for the District of Colorado are attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Peter Kmeto

Firm Name: Law Office of Peter Kmeto

Address: 1001 G Street
Suite 205

City: Sacramento

State: CA  ZIP Code: 95814

Voice Phone: (916) 444-7420

FAX Phone: (916) 914-2357

E-mail: pkmeto@sbcglobal.net

Dated: August 7, 2019   Petitioner: /s/ Nathan Chambers

**ORDER**

IT IS SO ORDERED.

Dated: August 8, 2020.

_____
UNITED STATES DISTRICT JUDGE