1  JOHN BALAZS, Bar #157287
   Attorney at Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   TIMOTHY E. WARRINER, Bar #166128
5  Attorney at Law
   455 Capitol Mall, Suite 802
6  Sacramento, CA 95814
   Telephone: (916) 443-7141
7  tew@warrinerlaw.com

8  Attorneys for Defendant
   BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et. al.,<br><br>Defendants. | No. 2:19-CR-0107-KJM<br><br>ORDER PROVISIONALLY SEALING DOCUMENTS<br>(EXHIBITS A-K AT DOCKETS 144-1 TO 144-11) |

Upon application of the defendant Brant Daniel, through counsel, joined by other defendants, and good cause being shown,

IT IS HEREBY ORDERED that the documents at dockets 144-1 to 144-11 are PROVISIONALLY SEALED pending the court's review of the documents covered by the request and until further order by the court.

Dated: August 23, 2019.

_____
UNITED STATES DISTRICT JUDGE