McGREGOR W. SCOTT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| RONALD YANDELL, et al. | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that (1) <u>Attachment #1</u> to the United States' Supplemental Filing Regarding the Admissibility of Exhibit K; (2) Exhibits K-1 through K-9 to <u>Attachment #2</u> to the United States' Supplemental Filing; and (3) the government's Request to Seal Documents shall be PROVISIONALLY SEALED until further order of this Court, pending the Court's review of the documents and resolution of Defendants' Request to Seal Exhibits A-K at Dockets 144-1 to 144-11 (ECF No. 159).

DATED: November 15, 2019

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order Sealing Documents As Set Forth In Government's Notice

1