IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **USA,**<br><br>Plaintiff,<br><br>v.<br><br>**RONALD YANDELL, et al.,**<br><br>Defendants. | 2:19-CR-00107-KJM<br><br>[~~**PROPOSED**~~] **ORDER** |

The California Department of Corrections and Rehabilitation's (CDCR) first request for an extension of time to serve responsive records directly on the Court was considered by the Court. Good cause appearing, CDCR's request is granted.

**IT IS HEREBY ORDERED** that CDCR shall serve the responsive records directly on the Court by July 19, 2020.

Dated:  June 19, 2020

_____
EDMUND F. BRENNAN
United States Magistrate Judge