IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                      Plaintiff,<br><br>        v.<br><br>**RONALD YANDELL, et al.,**<br><br>                                      Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**[PROPOSED] ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO SERVE DOCUMENTS** |

The California Department of Corrections and Rehabilitation's (CDCR) second request for an extension of time to serve responsive records directly on the Court was considered by the Court. Good cause appearing, CDCR's request is granted.

**IT IS HEREBY ORDERED** that CDCR shall serve the records responsive to the request for all documents contained in the non-confidential portion of Travis Burhop's prison central file directly on the Court by August 19, 2020.

Dated: July 21, 2020

_____
EDMUND F. BRENNAN
United States Magistrate Judge