```
 1  PHILLIP A. TALBERT
    Acting United States Attorney
 2  JASON HITT
    ROSS PEARSON
 3  DAVID SPENCER
    Assistant United States Attorneys
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 6

 7  Attorneys for Plaintiff
    United States of America
 8
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0107 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING VIDEO TELECONFERNCING APPEARANCES AS TO DEFENDANTS RONALD YANDELL, DANNY TROXELL, WILLIAM SYLVESTER, PAT BRADY AND JASON CORBETT |
| v. | |
| RONALD YANDELL, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendants Ronald Yandell, Danny Troxell, William Sylvester, Pat Brady, and Jason Corbett, by and through their respective counsel of record, hereby stipulate as follows.

    1. Defendants Yandell, Sylvester, Brady, and Corbett consent to appear by Video Teleconference ("VTC") at all hearings in this case, except:

        a)     Hearings for which their presence is required under Federal Rule of Criminal Procedure 43(a); and

        b)     Evidentiary hearings for which the defendant(s) believes his personal appearance would be beneficial to the defense.

    2.     The government does not object to these defendants appearing by VTC for the proceedings listed above.

3. The parties therefore stipulate and agree that Defendants Yandell, Sylvester, Brady, and Corbett shall appear by VTC, from the pretrial detention facility where they are housed (currently, the Sacramento County Jail), except for hearings noted in sections 1.a and 1.b (subject to the procedure outlined in section 4).

4. To the extent a defendant desires to appear in person for an evidentiary hearing described in paragraph 1.b above, the defendant shall file a notice on the docket stating that desire at least 14 days before the scheduled hearing.  If the United States has any objection to the defendant appearing in person, it shall file an objection at least 10 days before the scheduled hearing, and the defendant may file a reply no later than 7 days before the scheduled hearing.

5. The defendants may also elect to waive any appearance at a hearing, either in person or by VTC.  If a defendant desires to do so, he will file a waiver of appearance in advance of the hearing.

6. Defendant Troxell has previously signed and filed a Waiver of Appearance (ECF Document 343).  Defendant Troxell continues to authorize his attorney, Todd D. Leras, to appear for him at all hearings, pursuant to his previously filed Waiver of Appearance (ECF 343) other than those specified in this stipulation in sections 1.a and 1.b (subject to the procedure outlined in herein in section 4).

7. In light of this Stipulation, the United States hereby withdraws its Motion to Require Certain High-Risk Defendants to Appear by Videoconference at All "Non-Critical Stage" Proceedings (ECF No. 144) with regard to Defendants Yandell, Troxell, Sylvester, Brady, and Corbett, effective upon entry of an Order of this Court granting the relief requested in this Stipulation.

Dated: August 3, 2021

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

Dated: August 3, 2021

/s/ David Spencer for Mr. Yandell
RONALD YANDELL
Authorized to sign for Mr. Yandell through Mr. Chambers on August 2, 2021

| | |
|---|---|
| Dated: August 3, 2021 | /s/ David Spencer for Mr. Leras<br>TODD LERAS, ESQ.<br>Counsel for defendant<br>Danny Troxell<br>Authorized to sign for Mr. Leras on August 2, 2021 |
| Dated: August 3, 2021 | /s/ David Spencer for Mr. Gable<br>HAYES H. GABLE, ESQ.<br>MARK FLEMING, ESQ.<br>Counsel for defendant<br>William Sylvester<br>Authorized to sign for Mr. Fleming on August 3, 2021 |
| Dated: August 3, 2021 | /s/ David Spencer for Mr. Manning<br>JOHN MANNING, ESQ.<br>MARCIA MORRISSEY, ESQ.<br>Counsel for defendant<br>Pat Brady<br>Authorized to sign for Mr. Manning on August 2, 2021 |
| Dated: August 3, 2021 | /s/ David Spencer for Ms. Daly<br>KRESTA DALY, ESQ.<br>RICHARD NOVAK, ESQ.<br>Counsel for defendant<br>Jason Corbett<br>Authorized to sign for Ms. Daly on August 2, 2021 |

**FINDINGS AND ORDER**

Based on the foregoing stipulation of the parties, it is hereby ORDERED that Defendants Ronald Yandell, William Sylvester, Pat Brady, and Jason Corbett shall appear by Video Teleconference (except where an appropriate Waiver of Appearance has been filed) at all hearings in this case, except for: (a) plea hearings; (b) every trial stage, including jury impanelment and the return of the verdict; (c) sentencing; and (d) any evidentiary hearing for which the defendant files a notice indicating his desire to appear in person at least 14 days before the hearing, unless the Court orders otherwise. The United States Marshals Service is hereby ORDERED to arrange with court personnel the Video Teleconferences between the courtroom and the pretrial detention facility where Defendants Yandell, Sylvester, Brady, and Corbett are housed (currently, the Sacramento County Jail).

This resolves ECF No. 144, which is withdrawn.

IT IS SO ORDERED.

DATED: August 9, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE