PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXTENSION OF FILING DATE FOR PROTECTIVE ORDER GOVERNING DISCOVERY; ORDER |
| v. | |
| RONALD YANDELL, ET AL., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through each defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court set a 14-day deadline for the United States to file a protective order to governing upcoming future discovery productions to the defense. Docket No. 842. On July 28, 2021, the government circulated a draft protective order to counsel and standby counsel for the defendants.

2. By this stipulation, the parties respectfully request an extension of the deadline for the filing of a protective order governing discovery in the case. This additional time is requested based upon the need for many defense counsel to have time to review the proposed protective order, suggest

changes or edits, and for standby counsel to consult with defendants who are representing themselves in this case.

3. Given the need for additional time to review the proposed protective order, the parties jointly request a new deadline of August 31, 2021, for the government to file the protective order.

IT IS SO STIPULATED.

Dated: August 2, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: August 2, 2021

/s/ *Nathan Chambers*
NATHAN CHAMBERS
Standby Counsel for Defendant
RONALD YANDELL
(Authorized by email on August 2, 2021)

Dated: August 2, 2021

/s/ *Todd Leras*
TODD LERAS
Counsel for Defendant
DANNY TROXELL
(Authorized by email on August 2, 2021)

Dated: August 2, 2021

/s/ *Hayes Gable*
HAYES GABLE and MARK FLEMING
Counsel for Defendant
WILLIAM SYLVESTER
(Authorized by email on August 2, 2021)

Dated: August 2, 2021

/s/ *Tim Pori*
TIM PORI
Counsel for Defendant
TRAVIS BURHOP
(Authorized by email on August 2, 2021)

| | |
|---|---|
| Dated:  August 2, 2021 | /s/ *John Balazs* <br> JOHN BALAZS and TIMOTHY WARRINER <br> Counsel for Defendant <br> BRANT DANIEL <br> (Authorized by email on August 2, 2021) |
| Dated:  August 2, 2021 | /s/ *Tasha Chalfant* <br> TASHA CHALFANT <br> Counsel for Defendant <br> DONALD MAZZA <br> (Authorized by email on August 2, 2021) |
| Dated:  August 2, 2021 | /s/ *John Manning* <br> JOHN MANNING and MARCIA MORRISSEY <br> Counsel for Defendant <br> PAT BRADY <br> (Authorized by email on August 2, 2021) |
| Dated:  August 2, 2021 | /s/ *Kresta Daly* <br> KRESTA DALY and RICHARD NOVAK <br> Counsel for Defendant <br> JASON CORBETT <br> (Authorized by email on August 2, 2021) |
| Dated:  August 2, 2021 | /s/ *David Fischer* <br> DAVID FISCHER <br> Counsel for Defendant <br> SAMUEL KEETON <br> (Authorized by email on August 2, 2021) |
| Dated:  August 2, 2021 | /s/ *Candice Fields* <br> CANDICE FIELDS <br> Counsel for Defendant <br> KRISTEN DEMAR <br> (Authorized by email on August 2, 2021) |
| Dated:  August 2, 2021 | /s/ *Shari Rusk* <br> SHARI RUSK <br> Counsel for Defendant <br> KEVIN MacNAMARA <br> (Authorized by email on August 2, 2021) |

| | |
|---|---|
| Dated:  August 2, 2021 | /s/ *Michael Hansen* <br> MICHAEL HANSEN <br> Standby Counsel for Defendant <br> MICHAEL TORRES <br> (Authorized by email on August 10, 2021) |
| Dated:  August 2, 2021 | /s/ *Dina Santos* <br> DINA SANTOS <br> Counsel for Defendant <br> JUSTIN PETTY <br> (Authorized by email on August 2, 2021) |
| Dated:  August 2, 2021 | /s/ *Toni White* <br> TONI WHITE, Esq. <br> Counsel for Defendant <br> JEANNA QUESENBERRY <br> (Authorized by email on August 2, 2021) |

**ORDER**

By previous order, the Court set a 14-day deadline for the United States to file a protective order to governing upcoming future discovery productions to the defense.

Based upon the stipulation and representation of the parties, the Court extends the deadline for the United States to file a protective order to August 31, 2021.

IT IS SO ORDERED.

DATED:  August 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE