NATHAN D. CHAMBERS
Nathan D. Chambers LLC
303 16th Street, Suite 200
Denver, Colorado  80202
(303) 825-2222
nchambers@nathanchamberslaw.com

Stand-By Counsel for Defendant
RONALD YANDELL

RONALD YANDELL
Proceeding in pro per
x-5034824
Sacramento County Jail
651 I Street, 8W
Sacramento, CA 95814

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:19-CR-00107-KJM |
| | Honorable Kimberly J. Mueller |
| **Plaintiff,** | |
| v. | **MOTION FOR TRANSCRIPT OF SEALED PROCEEDINGS** |
| **RONALD YANDELL, et al.,** | |
| **Defendants.** | |

      Nathan Chambers, Stand-By Counsel for Defendant Ronald Yandell, requests court approval to receive a transcript of sealed proceedings and as grounds states as follows:

      A hearing regarding the status of stand-by counsel was held on June 30, 2020. [Dkt. 817].  Most of the June 30, 2021 hearing was conducted in camera with only Mr. Yandell, stand-by counsel, the defense mitigation specialist, and court staff present.

In order to respond to a recently filed pleading [Dkt. 853 -Sealed], undersigned counsel must review a transcript of the June 30, 2021 status hearing. Because the June 30, 2021 hearing was conducted in camera and is sealed, court approval for production of the transcript is required.[1] Except for production to undersigned counsel, the requested transcript should be sealed to protect the same interests that required that the June 30, 2021 hearing be sealed.

        WHEREFORE, based on the foregoing, it is respectfully requested that the Court authorize production of a transcript of the June 30, 2021 status hearing, that undersigned counsel, Nathan Chambers, be provided a copy of such transcript, and that the transcript be otherwise filed under seal.

        Dated: August 16, 2021.

/s/ Nathan Chambers<br>
Nathan Chambers<br>
Stand-By Counsel for Defendant<br>
RONALD YANDELL

---

[1] Stand-by counsel has submitted the necessary funding request for production of the transcript through eVoucher.

2

**ORDER**

Having reviewed the Motion for Transcript of Seal Proceedings, the motion is GRANTED.

A transcript of the June 30, 2021 Status Conference Re Stand-By Counsel shall be produced and provided to stand-by counsel Nathan Chambers. Except for production to Mr. Chambers, any transcript of the June 30, 2021 status conference shall be filed under seal.

IT IS SO ORDERED.

DATED: August 18, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE