# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:19-CR-00107-KJM |
| **Plaintiff,** | Honorable Kimberly J. Mueller |
| v. | **ORDER TO SEAL DOCUMENTS AND SET STATUS CONFERENCE** |
| **RONALD YANDELL, et al.,** | |
| **Defendants.** | |

Upon application of the defendant Ronald Yandell, through stand-by counsel, and good cause being shown,

IT IS HEREBY ORDERED that the Status Report and Motion regarding legal representation for Mr. Yandell is sealed until further order by the Court.

An in-person status conference to discuss the above status report and motion is set for October 13, 2021 at 9:00 a.m.

DATED:  September 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE