PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM |
| Plaintiff, | STIPULATION REGARDING EXTENSION OF FILING DATE FOR PROTECTIVE ORDER GOVERNING DISCOVERY; ORDER |
| v. | |
| RONALD YANDELL, ET AL., | |
| Defendant. | |

**STIPULATION**

    Plaintiff United States of America, by and through its counsel of record, and defendants, by and through each defendant's counsel of record, hereby stipulate as follows:

    1.    By previous order, the Court set a 14-day deadline for the United States to file a protective order to governing upcoming future discovery productions to the defense.  Docket No. 842.  The Court subsequently granted a stipulation of the parties to extend the initial deadline to August 31, 2021.  Docket No. 854.

    2.    By this stipulation, the parties respectfully request a second extension of the deadline for the filing of a protective order governing discovery in the case.  This additional time is requested despite the exercise of due diligence by the parties.  In particular, since the last request, the parties have agreed

on substantially all provisions of a protective order. However, the parties need additional time to negotiate over one remaining provision. The additional requested time will allow the many defense counsel and counsel for the United States to complete negotiations over the proposed protective order, suggest changes or edits, and for standby counsel to consult with defendants who are representing themselves in this case.

3. Given the need for additional time to review the proposed protective order, the parties jointly request a new deadline of September 17, 2021, for the government to file the protective order.

IT IS SO STIPULATED.

Dated:  September 1, 2021   PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated:  September 1, 2021   /s/ *Nathan Chambers*
NATHAN CHAMBERS
Standby Counsel for Defendant
RONALD YANDELL
(Authorized by email on September 1, 2021)

Dated:  September 1, 2021   /s/ *Todd Leras*
TODD LERAS
Counsel for Defendant
DANNY TROXELL
(Authorized by email on September 1, 2021)

Dated:  September 1, 2021   /s/ *Hayes Gable*
HAYES GABLE and MARK FLEMING
Counsel for Defendant
WILLIAM SYLVESTER
(Authorized by email on September 1, 2021)

Dated: September 1, 2021                   /s/ *Tim Pori*
                                           TIM PORI
                                           Counsel for Defendant
                                           TRAVIS BURHOP
                                           (Authorized by email on September 1, 2021)


Dated: September 1, 2021                   /s/ *John Balazs*
                                           JOHN BALAZS and TIMOTHY WARRINER
                                           Counsel for Defendant
                                           BRANT DANIEL
                                           (Authorized by email on September 1, 2021)


Dated: September 1, 2021                   /s/ *Tasha Chalfant*
                                           TASHA CHALFANT
                                           Counsel for Defendant
                                           DONALD MAZZA
                                           (Authorized by email on September 1, 2021)


Dated: September 1, 2021                   /s/ *John Manning*
                                           JOHN MANNING and MARCIA MORRISSEY
                                           Counsel for Defendant
                                           PAT BRADY
                                           (Authorized by email on September 1, 2021)


Dated: September 1, 2021                   /s/ *Kresta Daly*
                                           KRESTA DALY and RICHARD NOVAK
                                           Counsel for Defendant
                                           JASON CORBETT
                                           (Authorized by email on September 1, 2021)


Dated: September 1, 2021                   /s/ *David Fischer*
                                           DAVID FISCHER
                                           Counsel for Defendant
                                           SAMUEL KEETON
                                           (Authorized by email on September 1, 2021)


Dated: September 1, 2021                   /s/ *Candice Fields*
                                           CANDICE FIELDS
                                           Counsel for Defendant
                                           KRISTEN DEMAR
                                           (Authorized by email on September 1, 2021)

Dated:  September 1, 2021                                    /s/ *Shari Rusk*
                                                             SHARI RUSK
                                                             Counsel for Defendant
                                                             KEVIN MacNAMARA
                                                             (Authorized by email on September 1, 2021)


Dated:  September 1, 2021                                    /s/ *Michael Hansen*
                                                             MICHAEL HANSEN
                                                             Standby Counsel for Defendant
                                                             MICHAEL TORRES
                                                             (Authorized by email on September 1, 2021)


Dated:  September 1, 2021                                    /s/ *Dina Santos*
                                                             DINA SANTOS
                                                             Counsel for Defendant
                                                             JUSTIN PETTY
                                                             (Authorized by email on September 1, 2021)


Dated:  September 1, 2021                                    /s/ *Toni White*
                                                             TONI WHITE, Esq.
                                                             Counsel for Defendant
                                                             JEANNA QUESENBERRY
                                                             (Authorized by email on
                                                             September 1, 2021)

**ORDER**

By previous order, the Court set August 31, 2021, as the deadline for the United States to file a protective order to governing upcoming future discovery productions to the defense.

Based upon the stipulation and representation of the parties, the Court extends the deadline for the United States to file a protective order to September 17, 2021.

IT IS SO ORDERED.

Dated: September 8, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE