UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et al.,<br><br>Defendants. | Case No.: 2:19-CR-00107-KJM<br>Honorable Kimberly J. Mueller<br><br>ORDER RE<br>MOTION FOR TRANSCRIPT OF<br>SEALED PROCEEDINGS |

    Having reviewed the Motion for Transcript of Seal Proceedings, the motion is GRANTED.

    A transcript of the October 13, 2021 Status of Counsel Hearing shall be produced and provided to stand-by counsel Nathan Chambers.  Except for production to Mr. Chambers, any transcript of the October 13, 2021 status conference shall be filed under seal.  Mr. Chambers is authorized to share the sealed transcript with Heather Williams, Federal Defender and Kurt Heiser, CJA Panel Administrator.

    IT IS SO ORDERED.

DATED: October 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE