IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RONALD YANDELL (1)<br><br>　　　　Defendant. | Case № 2:19-cr-00107-KJM<br><br>**O R D E R**<br>**WAIVING *PRO HAC VICE* FEE FOR CJA LEARNED COUNSEL NOT ADMITTED TO CALIFORNIA LEGAL PRACTICE – POTENTIAL DEATH PENALTY PROSECUTIONS** |

　　　Upon the Federal Defender – California Eastern's motion, good cause appearing, and considering Local Rule 180(b)(2), General Order 582 *CJA Plan* § XIV.C.2, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

　　　IT IS HEREBY ORDERED, in appointing learned counsel **Kathleen M. Correll** for RONALD YANDELL, waiving this District's $225 *pro hac vice* admission fee for their CJA appointments in these cases alone, providing each individually qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

Dated:  12/9/21

_____
CHIEF UNITED STATES DISTRICT JUDGE