Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>RONALD YANDELL (1),<br><br>   Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**APPLICATION AND REQUEST TO SEAL; ORDER** |

PLEASE TAKE NOTICE that Defendant Ronald Yandell moves the Court to seal his request to appoint additional counsel in this case.

The application is made upon the grounds that good cause exists to file the motion under seal. The information contained in the motion is confidential as it relates to Mr. Yandell's representation. This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). And there is good cause for this Court to use its authority under Rule 49.1(d) here.

Dated this 21st day of January, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Correll & Associates

*/s/ Kathleen Correll*
KATHLEEN CORRELL

Attorneys for Ronald Yandell

## ORDER

Good cause appearing, the Motion is sealed until further order of this Court.

DATED: January 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2