Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Richard G. Novak, SBN 149303
Naomi Svensson, SBN 251660
**Law Offices of Richard G. Novak**
PO Box 5549
Berkeley, CA 994705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com,
nsvensson@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00107-KJM |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| RONALD YANDELL, DANIEL TROXELL, WILLIAM SYLVESTER, PAT BRADY, JASON CORBETT, and JUSTIN PETTY, | |
| Defendants. | |

1.  By previous order this Court set a deadline for the parties to file Proposed Findings of Fact no later than February 2, 2022.

2.  By this stipulation, the parties ask to extend the deadline for the Proposed Findings of Fact until February 9, 2022.

   (a) The above captioned defendants intend to submit one Proposed Finding of Fact which the defense believes will lessen the volume of documents filed before the Court and eliminate duplicitous filings. To accomplish this the defense requires additional time.

   (b) The government does not object.

Dated: January 28, 2022

By  s/ Bradley Levenson
    Brad Levenson and Kathleen Correll
    Counsel for Ronald Yandell

Dated: January 28, 2022

By  s/ Todd Leras
    TODD LERAS
    Attorney for Danny Troxell

Dated: January 28, 2022

By  s/ Hayes Gable
    HAYES GABLE and MARK FLEMING
    Attorneys for William Sylvester

Dated: January 28, 2022

By  s/ John Manning
    JOHN MANNING and MARCIA MORRISSEY
    Attorney for Pat Brady

Dated: January 28, 2022

By  s/ Kresta Daly
    KRESTA NORA DALY, RICHARD NOVAK and
    NAOMI SVENSSON

Attorneys for Jason Corbett

Dated: January 28, 2022

By   /s/ Dina Santos
     DINA SANTOS
     Attorney for Justin Petty

Dated: January 28, 2022         Phillip Talbert, Acting United States Attorney

By   s/ Jason Hitt
     JASON HITT
     ROSS PEARSON
     DAVID SPENCER

     Attorneys for Plaintiff

BARTH DALY LLP
Attorneys At Law
Davis, California

## ORDER

Good cause appearing, the deadline for filing Proposed Findings of Fact, currently set for February 2, 2022 is vacated.

Proposed Findings of Fact shall be filed no later than February 9, 2022.

Dated: January 28, 2022    _____

Honorable Jeremy D. Peterson, District Court Magistrate Judge