Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL (1),<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**NOTICE OF FILING UNDER SEAL** |

Counsel for Ronald Yandell provide notice that an Application to Seal is being filed. The document sought to be sealed is the Affidavit in Support of Application for Authorization to Intercept Wire and Electronic Communications. The Affidavit, which was filed under seal in July 2016, is referenced in and attached to Mr. Yandell's Motion for Discovery Relevant to Affidavit in Support of Application for Authorization to Intercept Wire and Electronic Communications. The Affidavit contains confidential information. The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration.

Dated this 2nd day of February, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Brad D. Levenson
BRAD D. LEVENSON
Assistant Federal Public Defender

Correll & Associates

/s/ Kathleen Correll
KATHLEEN CORRELL

Attorneys for Ronald Yandell