UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | ORDER GRANTING IN PART DEFENDANT BRADY'S REQUEST FOR A SITE INSPECTION |
| v. | |
| RONALD YANDELL, et al., | ECF No. 1017 |
| Defendants. | |

    The court has set two evidentiary hearings in this case, to be held on February 16 and 24, 2022. The earlier hearing concerns two discrete factual issues related to six defendants' ability to conduct confidential attorney-client communications at a housing unit within the Sacramento County Jail. Defendant Patrick Brady, one of these six defendants, has filed a request for the court to inspect the relevant housing unit in advance of the February 16 hearing. ECF No. 1017. The government does not oppose the court conducting a site inspection but contends that any such inspection should take place after the hearing. ECF No. 1017.

    The court finds that conducting a site inspection prior to the evidentiary hearing will promote efficiency at the hearing and will assist the court in understanding the parties' evidence.

1

Accordingly, defendant Brady's request is granted in part.[1]  To address logistical and safety concerns, an informal telephonic conference will be held prior to site inspection.

It is hereby ORDERED that:

1. Defendant Brady's request for a site inspection, ECF No. 1017, is granted in part.

2. An informal telephonic conference is hereby set for February 10, 2022, at 2:00 p.m. Counsel shall connect to the teleconference system no later than 1:55 p.m. by calling (888) 557-8511 and using access code 1273468#.  Participating counsel shall be prepared to address any logistical and safety concerns related to the site inspection.

3. An inspection of the relevant housing unit of the Sacramento County Jail is hereby set for February 11, 2022.  All logistical and safety issues, including the scheduling of the inspection's start time, will be addressed at the February 10 telephonic conference.

IT IS SO ORDERED.

Dated:    February 8, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Brady's request includes a proposal that a number of individuals be permitted to attend the site inspection.  The request is denied as to that proposal.  All logistical issues, including identification of necessary participants, will be discussed at an informal telephonic conference.