Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD YANDELL (1),<br><br>    Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**APPLICATION AND REQUEST TO SEAL; ORDER** |

PLEASE TAKE NOTICE that Defendant Ronald Yandell moves the Court to seal the Affidavit in Support of Application for Authorization to Intercept Wire and Electronic Communications. The Affidavit is referenced in and attached to Mr. Yandell's Motion for Discovery Relevant to Affidavit in Support of Application for Authorization to Intercept Wire and Electronic Communications.

The application is made upon the grounds that good cause exists to file the Affidavit under seal. The Affidavit, which was filed under seal in July 2016, contains confidential information.

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). Here there is good cause for this Court to use its authority under Rule 49.1(d).

Dated this 2nd day of February, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Correll & Associates

*/s/ Kathleen Correll*
KATHLEEN CORRELL

Attorneys for Ronald Yandell

2

**ORDER**

Good cause appearing, the Affidavit is sealed until further order of this Court.

Dated: February 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE