UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et al.,<br><br>Defendants. | No. 2:19-CR-00107-KJM<br><br>ORDER GRANTING IN PART AND DENYING IN PART NON-PARTY THE SACRAMENTO BEE'S REQUEST FOR MEDIA ACCESS<br><br>ECF No. 1055 |

Non-party The Sacramento Bee (the *Bee*") has filed a letter in which it asks for access to both: (1) the February 11, 2022 site inspection of the Sacramento County Jail and (2) the two evidentiary hearings set in this case.  ECF No. 1055.

The *Bee's* letter was not filed until after close of business on February 10, 2022. Consequently, the court did not have an opportunity to review the request prior to the inspection, which commenced the following morning at 9:00 a.m.  And given that the inspection has been completed, the request to attend it is moot.  As to the second request, the *Bee* is advised that both the February 16 and March 8, 2022 evidentiary hearings will be open to the public and, therefore, accessible to the *Bee*.

Dated: February 15, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE