Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD YANDELL (1),<br><br>    Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**APPLICATION AND REQUEST TO SEAL; ORDER** |

1    PLEASE TAKE NOTICE that Defendant Ronald Yandell moves the Court to seal Exhibit A, which contains excerpts of discovery produced by the government. The excerpted pages in Exhibit A are referenced in Mr. Yandell's Motion to Compel Discovery.

The application is made upon the grounds that good cause exists to file the Exhibit under seal. The Exhibit contains confidential information and is under a protective order. ECF No. 896. Pursuant to that protective order, discovery must be filed under seal. *Id.* at 6.

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). Here there is good cause for this Court to use its authority under Rule 49.1(d).

Dated this 7th day of February, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Correll & Associates

*/s/ Kathleen Correll*
KATHLEEN CORRELL

Attorneys for Ronald Yandell

2

**ORDER**

"[F]ilings under seal can interfere with open, public access to judicial records and documents. Shrouding the mechanics of a criminal case in secrecy places the public's interest in a transparent judicial system at risk." *United States v. Sleugh*, 896 F.3d 1007, 1012 (9th Cir. 2018) (citations omitted). "Openness . . . enhances both the basic fairness of the criminal trial and the appearance of fairness so essential to public confidence in the system." *Press-Enter. Co. v. Superior Ct. of California, Riverside Cty.*, 464 U.S. 501, 508 (1984). "Closed proceedings, although not absolutely precluded, must be rare and only for cause shown that outweighs the value of openness." *Id.* at 509.

The court has reviewed the request to seal and the exhibit that is the subject of this request. Because the exhibit in question is attached to a nondispositive motion to compel discovery, and given the exhibit's contents and the protective order (ECF No. 896), the court grants the request to file under seal. In the future, however, the court cautions counsel that requests to file under seal may be denied if they are unaccompanied by an explanation of the privacy and other interests at stake and of why lesser measures, such as redaction, would not suffice to protect those interests.

DATED: February 16, 2022.

CHIEF UNITED STATES DISTRICT JUDGE