UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiffs, | ORDER |
| v. | |
| Ronald Yandell, et al., | |
| Defendants. | |

The motion to withdraw as co-learned counsel (ECF No. 1062) is **granted** based on counsel's representation that she recently identified a potential conflict of interest.  Mr. Yandell will continue to be represented by appointed counsel from the Office of the Federal Defender, District of Nevada, and learned counsel Kathleen Correll.

IT IS SO ORDERED.

DATED: February 22, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1