Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD YANDELL (1),<br><br>    Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**O R D E R**<br>APPOINTING CJA CO-COUNSEL FOR POTENTIAL DEATH PENALTY PROSECUTIONS |

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints Peter Arian as co-counsel, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599. Ms. Arian shall be appointed at the high end of the prevailing range for capital counsel (currently $202/hour), and that the rate will be reduced to the prevailing non-capital rate should the case become non-capital in the future.

Further, upon the Federal Defender – District of Nevada's motion, good cause appearing, and considering Local Rule 180(b)(2), General Order 582 CJA Plan § XIV.C.2, and the Guide to Judiciary Policy, Vol. 7A concerning CJA appointed counsel, IT IS HEREBY ORDERED, in appointing co-counsel Peter Arian for RONALD YANDELL, waiving this District's $225 pro hac vice admission fee for their CJA appointments in these cases alone, providing Mr. Arian qualifies otherwise to admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

DATED: March 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE