UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:19-cr-00107-KJM |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| Ronald Yandell, et al., | |
| Defendants. | |

The motion to strike (ECF No. 1101) is **granted**.  *See, e.g.*, *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (en banc) (confirming a district court's "general inherent authority to manage its docket"); *see also* Fed. R. Crim. P. 2 ("These rules are to be interpreted to provide for the just determination of every criminal proceeding, to secure simplicity in procedure and fairness in administration, and to eliminate unjustifiable expense and delay.").  The filer of the document in question is not a party to this action and has no discernable connection to it.

IT IS SO ORDERED.

DATED: March 7, 2022.

CHIEF UNITED STATES DISTRICT JUDGE