PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et al.,<br><br>Defendants. | CASE NO. 2:19-CR-0107-KJM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT RONALD YANDELL'S MOTIONS FOR DISCOVERY |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for defendant Ronald Yandell, Assistant Federal Defender Brad D. Levenson, and Kathleen Correll, Esq., hereby stipulate and agree to a briefing schedule and hearing date on two motions for discovery filed by defendant Ronald Yandell ("defendant"). Docket Nos. 1023, 1040. Consistent with Local Rule 302(b)(1), the hearing date set below is for the duty Magistrate Judge presiding during that time period.

1

The proposed revised schedule is as follows:

    The hearing date of March 3, 2022, set before Chief Judge Mueller on these motions is vacated.

| | |
|---|---|
| Government's Opposition briefs: | March 23, 2022 |
| Defendant's Reply briefs: | April 13, 2022 |
| Hearing on defendant's motions: | April 27, 2022, at 2:00 p.m. |

IT IS SO STIPULATED.

Dated: February 24, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: February 24, 2022

/s/ *Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Counsel for Defendant
RONALD YANDELL

2

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding the two motions for discovery filed by defendant Ronald Yandell.  Docket Nos. 1023, 1040.  Accordingly, the Court FINDS:

The hearing date of March 3, 2022, set on these motions is VACATED.

Government's Opposition briefs are due:     March 23, 2022

Defendant's Reply briefs are due:     April 13, 2022

A hearing on defendant's motions is set for:  April 27, 2022, at 2:00 p.m.

The hearing on defendant's discovery motions shall be held before the assigned duty Magistrate Judge pursuant to Local Rule 302(b)(1).

IT IS SO ORDERED.

DATED:  March 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3