Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Peter L. Arian
Law Office of Peter L. Arian
California State Bar No 238029
Email: peterarianlaw@gmail.com
P.O. Box 308
Kentfield, CA 94914
(415) 785-4060
(415) 329-1408 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL (1),<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**SECOND AMENDED STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT RONALD YANDELL'S MOTIONS FOR DISCOVERY** |

**STIPULATION**

Mr. Ronald Yandell, through Assistant Federal Defender Brad D. Levenson, Peter L. Arian, Esq., and Kathleen Correll, Esq., and the United States, Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer, hereby stipulate and agree to an amended briefing schedule and hearing date on two motions for discovery filed by Mr. Yandell. *See* ECF Nos. 1023, 1040, and 1146. Consistent with Local Rule 302(b)(1), the hearing date set below is for the duty Magistrate Judge presiding during that time-period.

The proposed revised schedule is as follows:

    Defendant's Reply Briefs:    April 20, 2022

    Hearing on defendant's motions:    May 4, 2022, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: April 7, 2022.

RENE A. VALLADARES
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Dated: April 7, 2022.

PHILIP A. TALBERT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding the two motions for discovery filed by defendant Ronald Yandell. Docket Nos. 1023, 1040 and 1146. Accordingly, the Court FINDS:

Defendant's Reply Briefs are due:            April 20, 2022

A hearing on defendant's motions is set for: May 4, 2022, at 2:00 p.m.

The hearing on defendant's discovery motions shall be held before the assigned duty Magistrate Judge pursuant to Local Rule 302(b)(1).

IT IS SO ORDERED.

Dated:  April 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE