UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Ronald Yandell, et al.,<br><br>　　　　　　Defendants. | No. 2:19-cr-00107-KJM<br><br>ORDER |

Having reviewed the parties' positions expressed in their recent status reports, *see, e.g.*, ECF Nos. 1130, 1133, and at the hearings on March 9 and May 4, 2022, and after considering the judicial efficiencies that can be achieved by referring certain categories of disputes and hearings to designated magistrate judges, the court orders as follows:

　　(1)　United States Magistrate Judge Edmund F. Brennan is designated to hear all requests for subpoenas under Federal Rule of Criminal Procedure 17(c). *See* Mins., ECF No. 270.

　　(2)　United States Magistrate Judge Allison Claire is designated to hear all pretrial discovery disputes under 28 U.S.C. § 636(b)(1)(A).

　　(3)　United States Magistrate Judge Jeremy D. Peterson is designated to convene proceedings referred by this court to determine the facts relating to the conditions of the defendants' pretrial confinement, including any necessary evidentiary

1         hearings, under 28 U.S.C. § 636(b)(1)(A) and (B).  *Cf.* Order (Dec. 22, 2021), ECF

2         No. 963; Order (Jan. 12, 2022), ECF No. 993.

3    (4)   Unless the court orders otherwise, this District's Local Rules will govern the

4         referral of other matters to a Magistrate Judge.

5    (5)   If the judicial efficiencies the court contemplates are not achieved by the above

6         referrals, the court may revisit the provisions of this order at any time.

7    IT IS SO ORDERED.

8 DATED:  May 10, 2022.

                                                          CHIEF UNITED STATES DISTRICT JUDGE