UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, et al., | |
| Defendants. | |

In a previous order, this court referred certain aspects of this case to a magistrate judge on two questions related to the confidentiality of the defendants' communications with their attorneys in their pretrial detention accommodations. *See* Order (Dec. 22, 2021), ECF No. 963. The magistrate judge recommends withdrawing that reference because no defendant is detained in one facility, the Sacramento County Jail. *See* F&Rs, ECF No. 1147. Defendant Jason Corbett objects to the magistrate judge's findings and recommendations, and the parties have submitted briefs in support of their positions. *See* Def. Objs., ECF No. 1153; Gov't Resp., ECF No. 1158; Def. Resp., ECF No. 1161. The court submitted the matter following a hearing on May 4, 2022. Mins., ECF No. 1165.

The court adopts the magistrate judge's findings and recommendations. Corbett agrees he and several other defendants, who have been moved from Sacramento County Jail, have recently "been able to meet with their legal teams in a confidential manner." Def. Resp. at 2. It is no

1

longer necessary to decide whether these defendants can communicate confidentially with their attorneys in the Sacramento County Jail; that issue is moot. Adjudicating it now would amount to issuing an "advisory opinion" on a question that has become "abstracted" from the circumstances "in the course of these proceedings." *United States v. Fruehauf*, 365 U.S. 146, 157 (1961).

Corbett argues confidentiality questions will likely arise again. If they do, then the parties and the court can consider those questions in the factual context presenting itself at that time. In other words, this order does not foreclose a new or renewed motion based on the same or similar confidentiality concerns. As the findings and recommendations also make clear, "[t]here remains a live dispute concerning defendant Daniel's allegations that he cannot confidentially communicate with counsel by phone." F&Rs at 2 n.2. The Magistrate Judge does not recommend—and this order does not—withdraw the reference of that matter. *Id.*

The findings and recommendations are ECF No. 1147 are **adopted**, and to the extent consistent with this order the reference in ECF No. 963 is **withdrawn**.

IT IS SO ORDERED.

DATED: May 10, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE