JOHN R. MANNING (SBN 220874)
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

MARCIA A. MAORRISSEY (SBN 66921)
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Tel.    (310) 399-3259
Fax:   (310)392-9029
E-Mail: MorrisseyMA@aol.com

Attorney for Defendant
PATRICK D. BRADY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>RONALD YANDELL, et al.,<br><br>             Defendants. | CASE NO.  2:19-CR-00107-KJM<br><br>STIPULATION REGARDING EXTENSION OF FILING DATE FOR PROPOSED MOTION AND DISCLOSURE SCHEDULE; ORDER |

**STIPULATION**

Defendants, by and through each defendant's counsel of record, and plaintiff, United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, the Court set a 14-day deadline for the parties[1] to meet and confer and to file a proposed scheduling order. (See, ECF #1165)

2. On May 14, 2022, the undersigned defense counsel provided the government with a draft,

---

[1] For purposes of this stipulation, "the parties" are defendants who are set for trial on March 23, 2023 and the government.

proposed, scheduling order. The defense further requested the opportunity to meet with the government (in person and/or remotely) in order to resolve any issues related to the draft, proposed, scheduling order.[2]

3. By this stipulation, the parties respectfully request an extension of the deadline for the filing of a (proposed) scheduling order in/for this case. The additional time is requested based upon the need for parties to meet and confer as to the draft, proposed, scheduling order.

4. Given the need for additional time to review the draft, proposed scheduling order, the parties jointly request a new deadline of June 1, 2022, for the filing of a (proposed) scheduling order.

IT IS SO STIPULATED.

Dated: May 20, 2022  /s/ *Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender
KATHLEEN CORREL, ESQ.
PETER ARIAN, ESQ.
Counsel for Ronald Yandell

Dated: May 20, 2022  /s/ *Todd Leras*
TODD LERAS, ESQ.
Counsel for Danny Troxell

Dated: May 20, 2022  /s/ *Mark Fleming*
HAYES H. GABLE, ESQ.
MARK FLEMING, ESQ
Counsel for William Sylvester

Dated: May 20, 2022  /s/ *John Balazs*
TIMOTHY WARRINER, ESQ.
JOHN BALAZS, ESQ.
Counsel for Brant Daniel

Dated: May 20, 2022  /s/ *John Manning*
JOHN MANNING, ESQ.
MARCIA MORRISSEY, ESQ.
Counsel for Pat Brady

---

[2] The defense also provided the government, via the same transmission, a response to the proposed protective order provided by the government. (See also, ECF# 1165) The defense anticipates meeting and conferring with the government as to both the proposed protective order related to *Jencks* materials and the proposed scheduling order.

STIPULATION REGARDING EXTENSION OF FILING DATE FOR DISCOVERY PROTECTIVE ORDER; ORDER          2

Dated: May 20, 2022

/s/ *Kresta Daly*
KRESTA DALY, ESQ.
RICHARD NOVAK, ESQ.
Counsel for Jason Corbett

PHILLIP A. TALBERT
United States Attorney

Dated: May 20, 2022

*/s/Jason Hitt*
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant U.S. Attorneys

# ORDER

By previous order, the Court set a 14-day deadline to file a proposed scheduling order regulating pre-trial disclosure(s) and motion(s) deadlines.

Based upon the stipulation and representation of the parties, the Court extends the deadline for the filing of such a (proposed) scheduling order to June 1, 2022.

IT IS SO ORDERED.

DATED: May 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE