1   JOHN R. MANNING (SBN 220874)
    Attorney at Law
2   1111 H Street, Suite 204
    Sacramento, CA
3   (916) 444-3994
    Fax: (916) 447-0931
4   jmanninglaw@yahoo.com

5   MARCIA A. MORRISSEY (SBN 66921)
    11400 W. Olympic Blvd., Suite 1500
6   Los Angeles, CA 90064
    Tel.    (310) 399-3259
7   Fax:    (310)392-9029
    E-Mail: MorrisseyMA@aol.com

8

9   Attorney for Defendant
    PATRICK D. BRADY

10

11                 IN THE UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14   UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-00107-KJM

15                        Plaintiff,        STIPULATION REGARDING EXTENSION OF
                                            FILING DATE FOR PROPOSED MOTION AND
16              v.                          DISCLOSURE SCHEDULE; ORDER

17   RONALD YANDELL, et al.,

18
                         Defendants.
19

20

21                              **STIPULATION**

22        Defendants, by and through each defendant's counsel of record, and plaintiff, United States of

23   America, by and through its counsel of record, hereby stipulate as follows:

24        1.  By previous order, the Court set a 14-day deadline for the parties[1] to meet and confer and to

25            file a proposed scheduling order.  (See, ECF #1165)    Subsequently, the court agreed to a 14-

26

27   _____

28        [1] For purposes of this stipulation, "the parties" are defendants who are set for trial on March 23,
     2023 and the government.

     STIPULATION REGARDING EXTENSION OF FILING DATE          1
     FOR PROPOSED SCHEDULING ORDER; ORDER

day extension for filing the proposed scheduling order (from May 18, 2022 to June 1, 2022, *see,* ECF #1176).

2.  On May 14, 2022, the undersigned defense counsel provided the government with a draft scheduling order.  The defense further requested the opportunity to meet with the government (in person and/or remotely) in order to resolve any issues related to the draft scheduling order.[2]

3.  On, or about, May 17, 2022, the government provided defense counsel with a response to the draft scheduling order.

4.  On, or about, May 24, 2022, defense counsel provided the government with a modified draft of the proposed scheduling order.  The defense additionally requested further clarification from the government as to certain issues related to the modified draft of the proposed scheduling order and again requested the opportunity to meet with the government (in person and/or remotely) in order to resolve any issues related to the revised draft of the proposed scheduling order.

5.  On, or about, May 31, 2022, the government responded to defense counsel regarding the revisions to the scheduling order proposed by defense counsel. Counsel for government and for the defense continue to communicate as to the proposed scheduling order.

6.   By this stipulation, the parties respectfully request a second extension of the deadline for the filing of a (proposed) scheduling order in/for this case.  The additional time is requested based upon the need for parties to meet and confer as to the revised draft of the proposed scheduling order.

7.   Given the need for additional time to discuss the draft, proposed scheduling order, the

---

[2] The defense also provided the government, via the same transmission, a response to the proposed protective order provided by the government. (See also, ECF# 1165)  The defense anticipates meeting and conferring with the government as to both the proposed protective order related to *Jencks* materials and the proposed scheduling order.

parties jointly request a new deadline of June 15, 2022, for the filing of a (proposed)

scheduling order.

IT IS SO STIPULATED.

Dated: June 1, 2022                                        /s/ *Brad D. Levenson*
                                                          BRAD D. LEVENSON
                                                          Assistant Federal Public Defender
                                                          KATHLEEN CORREL, ESQ.
                                                          PETER ARIAN, ESQ.
                                                          Counsel for Ronald Yandell

Dated: June 1, 2022                                        /s/ *Todd Leras*
                                                          TODD LERAS, ESQ.
                                                          Counsel for Danny Troxell

Dated: June 1, 2022                                        /s/ *Mark Fleming*
                                                          HAYES H. GABLE, ESQ.
                                                          MARK FLEMING, ESQ
                                                          Counsel for William Sylvester

Dated: June 1, 2022                                        /s/ *John Balazs*
                                                          TIMOTHY WARRINER, ESQ.
                                                          JOHN BALAZS, ESQ.
                                                          Counsel for Brant Daniel

Dated: June 1, 2022                                        /s/ *John Manning*
                                                          JOHN MANNING, ESQ.
                                                          MARCIA MORRISSEY, ESQ.
                                                          Counsel for Pat Brady

Dated: June 1, 2022                                        /s/ *Kresta Daly*
                                                          KRESTA DALY, ESQ.
                                                          RICHARD NOVAK, ESQ.
                                                          Counsel for Jason Corbett


                                                          PHILLIP A. TALBERT
                                                          United States Attorney

Dated: June 1, 2022                                        */s/Jason Hitt*
                                                          JASON HITT
                                                          ROSS PEARSON
                                                          DAVID SPENCER
                                                          Assistant U.S. Attorneys

///

///

///

**ORDER**

By previous order, the Court set a 14-day deadline to file a proposed scheduling order regulating pre-trial disclosure(s) and motion(s) deadlines.  Subsequently, the court agreed to a 14-day extension for filing the proposed scheduling order (from May 18, 2022 to June 1, 2022).

Based upon the stipulation and representation of the parties, the Court agrees to extend the deadline for the filing of such a (proposed) scheduling order to June 15, 2022.

IT IS SO ORDERED.

DATED:  June 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE