PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et al.,<br><br>Defendants. | CASE NO. 2:19-CR-0107-KJM<br><br>STIPULATION RESETTING THE BRIEFING SCHEDULE ON DEFENDANT RONALD YANDELL'S OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS CONTAINED IN ECF 1172; ORDER |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for defendant Ronald Yandell, Assistant Federal Defender Brad D. Levenson, Peter L. Arian, Esq., and Kathleen Correll, Esq., hereby stipulate and agree to a briefing schedule and hearing date on the objections filed by defendant Ronald Yandell ("defendant") to the findings and recommendations contained in the Order issued by Magistrate Judge Claire [ECF 1172]. *See* ECF 1181 (objections).

///
///
///
///

The proposed revised schedule is as follows:

| | |
|---|---|
| Government's Response to ECF 1181: | July 1, 2022 |
| Defendant's Reply brief: | July 15, 2022 |
| Hearing, if necessary: | August 8, 2022, at 9:00 a.m. |

IT IS SO STIPULATED.

Dated: June 9, 2022　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ *Jason Hitt*
　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: June 9, 2022　　　　　　　　　　　/s/ *Brad D. Levenson*
　　　　　　　　　　　　　　　　　　　　BRAD D. LEVENSON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public
　　　　　　　　　　　　　　　　　　　　Defender

　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　RONALD YANDELL

2

**ORDER**

The Court accepts the stipulation of the parties regarding briefing on the objections filed by defendant Ronald Yandell to the findings and recommendations contained in the Order issued by this Court [ECF 1172]. Accordingly, the Court orders the following schedule:

| | |
|---|---|
| Government's Response brief to ECF 1181: | July 1, 2022 |
| Defendant's Reply brief: | July 15, 2022 |
| Hearing, if necessary: | August 8, 2022, at 9:00 a.m. |

IT IS SO ORDERED.

DATED: June 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE