JOHN R. MANNING (SBN 220874)
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916) 444-3994
Fax: (916) 447-0931
jmanninglaw@yahoo.com

MARCIA A. MORRISSEY (SBN 66921)
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Tel.    (310) 399-3259
Fax:    (310)392-9029
E-Mail: MorrisseyMA@aol.com

Attorney for Defendant
PATRICK D. BRADY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXTENSION OF FILING DATE FOR PROPOSED MOTION AND DISCLOSURE SCHEDULE; ORDER |
| v. | |
| RONALD YANDELL, et al., | |
| Defendants. | |

**STIPULATION**

Defendants, by and through each defendant's counsel of record, and plaintiff, United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, the Court set a 14-day deadline for the parties[1] to meet and confer and to file a proposed scheduling order.  (See, ECF #1165)    Subsequently, the court agreed to a 14-

---

[1] For purposes of this stipulation, "the parties" are defendants who are set for trial on March 23, 2023 and the government.

STIPULATION REGARDING EXTENSION OF FILING DATE
FOR PROPOSED SCHEDULING ORDER; ORDER

1

day extension for filing the proposed scheduling order (from May 18, 2022 to June 1, 2022, *see,* ECF #1173 and 1176).

2. On May 14, 2022, the undersigned defense counsel provided the government with a draft scheduling order.  The defense further requested the opportunity to meet with the government (in person and/or remotely) in order to resolve any issues related to the draft scheduling order.[2]

3. On, or about, May 17, 2022, the government provided defense counsel with a response to the draft scheduling order.

4. On, or about, May 24, 2022, defense counsel provided the government with a modified draft of the proposed scheduling order.  The defense additionally requested further clarification from the government as to certain issues related to the modified draft of the proposed scheduling order and again requested the opportunity to meet with the government (in person and/or remotely) in order to resolve any issues related to the revised draft of the proposed scheduling order.

5. On, or about, May 31, 2022, the government responded to defense counsel regarding the revisions to the scheduling order proposed by defense counsel. Counsel for government and for the defense continue to communicate as to the proposed scheduling order.

6. On, or about, June 1, 2022, the parties sought and were granted a second two week extension of the filing deadline From June 1, 2022 to June 15, 2022.  (*See*, ECF #s 1178 and 1185)

7. On, or about June 3, 2022, the government provided defense counsel with a detailed response to the most recent draft of the proposed scheduling order.

8. On, or about, June 15, 2022, the defense provided the government with a further revised draft

---

[2] The defense also provided the government, via the same transmission, a response to the proposed protective order provided by the government. (See also, ECF# 1165)  The defense anticipates meeting and conferring with the government as to both the proposed protective order related to *Jencks* materials and the proposed scheduling order.

STIPULATION REGARDING EXTENSION OF FILING DATE FOR PROPOSED SCHEDULING ORDER; ORDER

2

of the proposed scheduling order.

9. On, or about, June 17, 2022, the government provided defense counsel with additional requested changes in response the draft of the scheduling order provided to the government on June 15, 2022.

10. On, or about, June 20, 2022, defense counsel provided the government with a revised draft of the scheduling order, incorporating the government's requested changes.

11. The parties had hoped to work out the final changes (if any) and file the proposed scheduling order for the court's review the week of June 20th (2022), but trial schedules made this impossible. The parties have made substantial, ongoing, progress towards this end,

12. By this stipulation, the parties respectfully request an extension of the deadline for the filing of a (proposed) scheduling order in/for this case. The additional time is requested based upon the need for parties to meet and confer as to the revised (and nearly final) draft of the proposed scheduling order.

13. Given the need for additional time to discuss the draft, proposed scheduling order, the parties jointly request a new deadline of July 13, 2022, for the filing of a (proposed) scheduling order. The parties do not believe a further extension beyond what is requested herein will be necessary.

IT IS SO STIPULATED.

Dated: June 24, 2022                            /s/ *Brad D. Levenson*
                                                BRAD D. LEVENSON
                                                Assistant Federal Public Defender
                                                KATHLEEN CORREL, ESQ.
                                                PETER ARIAN, ESQ.
                                                Counsel for Ronald Yandell

Dated: June 24, 2022                            /s/ *Todd Leras*
                                                TODD LERAS, ESQ.
                                                Counsel for Danny Troxell

Dated: June 24, 2022                            /s/ *Mark Fleming*
                                                HAYES H. GABLE, ESQ.
                                                MARK FLEMING, ESQ
                                                Counsel for William Sylvester

Dated: June 24, 2022                                /s/ *John Balazs*
                                                    TIMOTHY WARRINER, ESQ.
                                                    JOHN BALAZS, ESQ.
                                                    Counsel for Brant Daniel

Dated: June 24, 2022                                /s/ *John Manning*
                                                    JOHN MANNING, ESQ.
                                                    MARCIA MORRISSEY, ESQ.
                                                    Counsel for Pat Brady

Dated: June 24, 2022                                /s/ *Richard Novak*
                                                    KRESTA DALY, ESQ.
                                                    RICHARD NOVAK, ESQ.
                                                    Counsel for Jason Corbett


                                                    PHILLIP A. TALBERT
                                                    United States Attorney

Dated: June 24, 2022                                /s/David Spencer
                                                    JASON HITT
                                                    ROSS PEARSON
                                                    DAVID SPENCER
                                                    Assistant U.S. Attorneys

## ORDER

By previous order, the Court set a deadline (May 18. 2022) to file a proposed scheduling order regulating pre-trial disclosure(s) and motion(s) deadlines. Subsequently, the court agreed to two 14-day extensions for filing the proposed scheduling order (from May 18, 2022 to June 1, 2022 and from June 1, 2022 to June 15, 2022).

Based upon the stipulation and representation of the parties, the Court agrees to extend the deadline for the filing of such a (proposed) scheduling order to July 13, 2022.

IT IS SO ORDERED.

Dated:  July 5, 2022
*Nunc pro tunc to 6/15/22*

_____
CHIEF UNITED STATES DISTRICT JUDGE