Rene L. Valladares
Federal Public Defender
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Peter L. Arian
California State Bar No 238029
Email: peterarianlaw@gmail.com
822 College Avenue, Box 308
Kentfield, CA 94914
(415) 785-4060
(415) 329-1408 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**DEFENDANT RONALD YANDELL'S SUPPLEMENTAL MOTION FOR INSPECTION AND COPYING OF GRAND JURY RECORDS (CAPITAL CASE)** |

Defendant Ronald Yandell files this Supplement to his July 1, 2022, Motion for Inspection and Copying of Grand Jury Records (ECF No. 1209). Through this Supplemental Motion, Yandell will: (1) add two additional requests for Grand Jury records; (2) more fully articulate the reasons behind each request, and (3) file a supporting declaration of statistical expert Jeffrey Martin. For the reasons stated in the Motion, and this Supplemental Motion, this Court should grant Yandell's motion to inspect and copy grand jury records. To the extent further clarification would be useful, the defense is prepared to make expert Jeffrey Martin available at an evidentiary hearing or for informal questions from the Clerk's Office.

## I.   Requests For Grand Jury Records and Support for Requests

Yandell's requests for grand jury records are listed below, along with the reasoning for those requests and legal support for each.[1] Overall, the information requested is similar to other granted challenges brought on behalf of defendants in other federal jurisdictions. *See* Ex. F (Decl. of Jeffrey Martin at ¶8).[2] None of the requests are for names or other personal information that could be used to identify any individual. To the extent any personal information is incidentally captured by the requests, Yandell agrees to its redaction or review of the information at the clerk's office, whichever is more convenient.

1. **Jury Plan.** The Jury Plan for the Eastern District of California (Jury Plan) in effect at the time when the grand jurors who returned the Indictment on June 16, 2019, were summoned in this case. The jury plan in effect at the time of the indictment was General Order No. 568, Juror Management Plan, adopted January 25, 2016 (*see also* General Order No. 569).[3]

---

[1] Requests 1 through 20 above and below are identical in wording to Requests 1 through 20 in ECF No. 1209 at 2-4. Request 21 below adds additional language to Request 21 found in ECF No. 1209 at 4. And Requests 22 and 23 below are additional requests not found in ECF No. 1209.

[2] Exhibits A through E were filed with the original Motion (*see* ECF No. 1211).

[3] The current Jury Plan is General Order No. 642, Juror Management Plan, as adopted February 3, 2022 (*see also* General Order No. 646). It is largely similar to the one in effect in 2019.

1

**Reason for Request:** Yandell seeks this information to "understand the procedures that were intended to be used to create the Master Jury Wheels and summon jurors." Ex. F at ¶17.

**Legal Support:** *See United States v. Holmes*, 2020 WL 5408163 at *3, 5 (N.D. Cal. September 9, 2020); *United States v. Knight,* 3:19-cr-00038, (D. Nev. Oct. 20, 2020), ECF No. 68 at *3, 5 (Ex. G); *United States v. Cruz*, No. 15-00075, (D. Puerto Rico Aug. 3, 2015), ECF No. 693 at *1 (Ex. H); *United States v. Smith*, No. 3:16-cr-00086, (D. Alaska June 26, 2019), ECF No. 460 at *2 (Ex. L).[4]

2. **Jury Division(s).** The jury division(s) chosen for the grand jury that returned the Indictment in this case. Jury Plan, Section 4.06.

   **Reason for Request:** Yandell seeks this information to "determine the correct population to compare to the jury statistics." Ex. F at ¶18.

   **Legal Support:** *See Holmes*, 2020 WL 5408163, at *3, 5.

3. **Reasons for the Choice of Jury Divisions.** Any documents that describe the reasons for the choice of the jury division(s) for the grand jury that returned the Indictment in this case. Jury Plan, Section 4.06.

   **Reason for Request:** Yandell seeks this information to "determine the correct population to compare to the jury statistics." Ex. F at ¶18.

   **Legal Support:** *See Holmes*, 2020 WL 5408163, at *3, 5.

4. **Administrative Forms.** Any AO-12 form[5] or JS-12 form created that relates to the Master Jury Wheel and Qualified Jury Wheel used to summon the grand jurors who

---

[4] Because the *Smith* order does not list the requests made in the original motion, Yandell includes the motion for ease of the Court. *See United States v. Smith,* 3:16-cr-00086, (D. Alaska May 20, 2019), ECF No. 423-2, at *4-6 (Ex. M).

[5] The AO-12 is a "Report of Operation of the Jury Selection Plan" and is required by 28 U.S.C. section 1863(a). *See* Ex. F at ¶19.

2

returned the Indictment in this case on June 16, 2019, as required by 28 U.S.C. § 1863(a).

**Reason for Request:** Yandell seeks this information to "understand the demographic analysis of the Jury Wheels completed by the Clerk and to ensure that other data…is consistent with the reporting by the Clerk." Ex. F at ¶19.

**Legal Support:** *See United States v. Crider*, 2021 WL 4226149 at *4 (S.D. Cal. Sept. 15, 2021); *Holmes*, 2020 WL 5408163 at *3, 6; *United States v. Cloud*, 2020 WL 4381608 at *2 (E.D. Wash. July 27, 2020); *United States of America v. Lincoln Benavides and Brian Walter Weber*, 2009 WL 10679151 at *2 (D. Mont. Jan. 23, 2009) (not reported); Ex. G at *3, 5 (*United States v. Knight*); Ex. H at *1 (*United States v. Cruz*); *United States v. Brooks*, No. 13-0206, (N.D. Ga. Feb. 10, 2015), ECF No. 103 at *1 (Ex. I)[6]; *United States v. Tsarnaev*, No. 13-10200, (D. Mass. June 26, 2014), ECF No. 393 at *1 (Ex. K); Ex. L at *2 (*United States v. Smith*).

5. **Data.** Any other statistical or demographic analyses produced to ensure that the Master Jury Wheel and Qualified Jury Wheel used to summon the grand jurors in this case complied with the Jury Plan, Jury Selection and Service Act, and constitutional requirements. Jury Plan, Section 1.04

   **Reason for Request:** Yandell seeks this information to "understand if any analysis besides the Form AO-12's has been completed which would be similar to the analysis in this jury challenge." Ex. F at ¶20.

   **Legal Support:** *See Holmes*, 2020 WL 5408163 at *3, 6; *Cloud*, 2020 WL 4381608 at *2; *Lincoln Benavides and Brian Walter Weber*, 2009 WL 10679151 at *2; Ex. G

---

[6] Because the *Brooks* order does not list the requests made in the original motion, Yandell includes the defendant's motion for ease of the Court. *See United States v. Brooks*, No. 13-0206, (N.D. Ga. Feb. 4, 2015) ECF No. 99 at *1-6 (Ex. J).

3

at *3, 5 (*United States v. Knight*); Ex. H at *2 (*United States v. Cruz*); Ex. K at *2 (*United States v. Tsarnaev*); Ex. L at *2 (*United States v. Smith*).

6. **Qualified Jury Wheel Refill Date.** The date when the Qualified Jury Wheel used to summon grand jurors in this case was last refilled, as described in Section 1.09 of the Jury Plan.

   **Reason for Request:** Yandell seeks this information to "confirm that the data is consistent with the jury plan and indictment." Ex. F at ¶21.

   **Legal Support:** *See Holmes*, 2020 WL 5408163 at *3, 5.

7. **Master Jury Wheel Refill Date.** The date on which the Master Jury Wheel that was used to summon the grand jurors in this case was refilled as described in Section 2.04 of the Jury Plan.

   **Reason for Request:** Yandell seeks this information to "confirm that the data is consistent with the jury plan and indictment." Ex. F at ¶21.

   **Legal Support:** *See Holmes*, 2020 WL 5408163 at *3, 5; Ex. G at *4-5 (*United States v. Knight*); Ex. L at *2 (*United States v. Smith*).

8. **Purge Procedures.** A description of the procedures used to purge duplicate records and any report or analysis of the procedures, as described in Jury Plan Section 2.02.

   **Reason for Request:** Yandell seeks this information to "determine if duplicate records might be a systematic factor in any under-representation." Ex. F at ¶22.

   **Legal Support:** *See Cloud*, 2020 WL 4381608 at *3.

9. **Calculation Procedures.** The "specific and detailed procedures" followed, as set forth in Section 2.02 and 2.03 of the Jury Plan, and the record of calculations as described in Section 4.06 of the Jury Plan.

   **Reason for Request:** Yandell seeks this information to "confirm that the jury plan is implemented" and "whether the potential grand jury in #22 (Summoned Pool) is consistent." Ex. F at ¶23.

4

**Legal Support:** *See Holmes*, 2020 WL 5408163 at *3, 5; Ex. I (*Unites States v. Brooks*).

10. **General Notice.** Any general notice explaining the process by which names were randomly and periodically drawn from the wheel. Jury Plan, Sections 3.01 and 4.01.

    **Reason for Request:** Yandell seeks this information to "confirm the data is consistent with the jury plan and indictment" and to "confirm the procedures in the Jury Plan are implemented." Ex. F at ¶24.

    **Legal Support:** *See Holmes*, 2020 WL 5408163 at *3, 6; *Cloud*, 2020 WL 4381608 at *3; Ex. G at *3, 5 (*United States v. Knight*).

11. **Procedures for Non-Responses.** The procedures implemented to address prospective grand jurors who do not respond to a juror qualification form or had their juror qualification form returned by the postal service as undeliverable.

    **Reason for Request:** Yandell seeks this information to "quantify systematic factors in any under-representation including remedial procedures." Ex. F at ¶25.

    **Legal Support:** *See Cloud*, 2020 WL 4381608 at *3.

12. **Information on Failure to Submit.** The number of persons who failed to return a juror qualification form either electronically or on paper as described in Sections 3.02 and 3.03 of the Jury Plan.

    **Reason for Request:** Yandell seeks this information to "quantify systematic factors in any under-representation including remedial procedures." Ex. F at ¶25.

    **Legal Support:** *See Cloud*, 2020 WL 4381608 at *3.

13. **Failure-to-Appear or Submit.** The juror numbers (not name or address) of persons summoned for either failure to submit a juror qualification questionnaire or for failure to appear, as described in Section 3.03 of the Jury Plan.

    **Reason for Request:** Yandell seeks this information to "quantify systematic factors in any under-representation including remedial procedures." Ex. F at ¶25.

    **Legal Support:** *See Cloud*, 2020 WL 4381608 at *3.

5

14. **Proportionality Calculations.** The calculation of the number of potential jurors from each jury division to ensure compliance with the numbers listed in Sections 2.02, 2.03, and 4.06 of the Jury Plan.

    **Reason for Request:** Yandell seeks this information to "confirm that the jury plan is implemented" and whether the potential grand jury in the summoned pool (Request 22) is consistent. Ex. F at ¶26.

    **Legal Support:** *See Crider*, 2021 WL 4226149 at *4; *Cloud*, 2020 WL 4381608 at *3; Ex. G at *3, 5 (*United States v. Knight*).

15. **Source Data.** The source data in electronic form for the Master Jury Wheel used to summon the grand jurors who returned the Indictment in this case, as described in Sections 2.01 and 2.02 of the Jury Plan. The data should include, as available: Race, Gender, Ethnicity, Age, Year of Birth, Zip Code, County, and Jury Division. The data shall not include any personal information that could be used to identify any individuals, such as name or street address.

    **Reason for Request:** Yandell seeks this information "to allow a demographic analysis of the jury system and to verify information on the Form AO-12's" (request 4) or "any other statistical analyses" (request 5), and to determine if the data in requests 17 (Numbers Summoned), 20 (Grand Juror Numbers), and 22 (Summoned Pool) are consistent with Master Jury Wheel data. Ex. F at ¶27.

    **Legal Support:** *See Crider*, 2021 WL 4226149 at *7; *Holmes*, 2020 WL 5408163 at *3, 5; *Cloud*, 2020 WL 4381608 at *5; Ex. G at *4-5 (*United States v. Knight*); Ex. H at *2 (*United States v. Cruz*); Ex. I at *1 (*United States v. Brooks*); Ex. K at *2 (*United States v. Tsarnaev*).

16. **Summons Date.** The date when grand jurors were summoned in this case.

    **Reason for Request:** Yandell seeks this information to "confirm that the data is consistent with the jury plan and the indictment." Ex. F at ¶28.

**Legal Support:** *See Holmes*, 2020 WL 5408163 at *4-5; *Cloud*, 2020 WL 4381608 at *3; *Lincoln Benavides and Brian Walter Weber*, 2009 WL 10679151 at *2; Ex. G at *3, 5 (*United States v. Knight*); Ex. L at *2 (*United States v. Smith*).

17. **Numbers Summoned.** The number of persons summoned from the qualified jury wheel to be considered as grand jurors in this case.

    **Reason for Request:** Yandell seeks this information to confirm that the data is consistent with requests 20 (Grand Juror Numbers), 21 (Status Codes), and 22 (Summoned Pool). Ex. F at ¶29.

    **Legal Support:** *See Cloud*, 2020 WL 4381608 at *4; Ex. G at *3, 5 (*United States v. Knight*); Ex. I (*United States v. Brooks*).

18. **Juror Form.** The blank juror qualification and summons forms for the persons summoned to potentially be grand jurors.

    **Reason for Request:** Yandell seeks this information to understand the data supplied in requests 15 (Source Data) and 21 (Status Codes). Ex. F at ¶30.

    **Legal Support:** *See Holmes*, 2020 WL 5408163 at *4, 7; *Cloud*, 2020 WL 4381608 at *3; Ex. K at *1 (*United States v. Tsarnaev*).

19. **Juror Disposition.** The disposition of each summoned potential grand juror as to excusal, deferment, disqualification, or selection, as described in Section 3.04 and 4.06 of the Jury Plan.

    **Reason for Request:** Yandell seeks this information to verify requests 17 (Numbers Summoned), 20 (Grand Juror Numbers), 21 (Status Codes), and 22 (Summoned Pool). Ex. F at ¶31.

    **Legal Support:** *See Crider*, 2021 WL 4226149 at *7; *Holmes*, 2020 WL 5408163 at *4, 7; *Cloud*, 2020 WL 4381608 at *6; Ex. G at *4-5 (*United States v. Knight*); Ex. H at *3 (*United States v. Cruz*); Ex. L at *3 (*United States v. Smith*).

20. **Grand Juror Numbers.** The Juror Number for each grand juror who returned the Indictment in this case.

**Reason for Request:** Yandell seeks this information to verify the Master and Qualified Jury Wheel data (request 15), the number of summoned jurors (request 17), the status code data (request 21) and the summoned pool (request 22). Ex. F at ¶32.

**Legal Support:** *See Holmes*, 2020 WL 5408163 at *4, 7; *Cloud*, 2020 WL 4381608 at *5.

21. **Status Codes.** Status codes for potential jurors selected from the Master Jury Wheel for qualification who either had their qualification form returned by the postal service, did not respond, were disqualified or exempted from jury service, or qualified for jury service, as described in the Jury Plan. The data should be in electronic and accessible form and include the following: juror number, whether the form was returned undeliverable, whether the form was not returned, reason for disqualification, qualification status, race, gender, Hispanic ethnicity, birth year, zip code, city, county, and jury division.

**Reason for Request:** Yandell seeks this information to understand the systematic factors in the demographic analysis, as well as to verify information in requests 4 (AO-12 Forms), 5 (Data), 17 (Numbers Summoned), 20 (Grand Juror Numbers), and 22 (Summoned Pool). Ex. F at ¶33.

**Legal Support:** *See Crider*, 2021 WL 4226149 at *6; *Cloud*, 2020 WL 4381608 at *4; Ex. L at *3 (*United States v. Smith*).

22. **Summoned Pool.** The jury number for each person summoned from the Qualified Jury Wheel to potentially become a grand juror.

**Reason for Request:** Yandell seeks this information to verify requests 15 (Source Data), 17 (Numbers Summoned), 19 (Juror Disposition), 20 (Grand Juror Numbers), and 21 (Status Codes). Ex. F at ¶34.

**Legal Support:** *Cloud*, 2020 WL 4381608 at *4.

23. **Sources of Data**.  The original sources of data (voter registration and Department of Motor Vehicle lists) in electronic form as described in Section 2.01.  The data should

8

include, as available, race, gender, Hispanic ethnicity, year of birth, zip code, city, county, and jury division but not any personal information or information that could be used to identify any individual such as name or address.

**Reason for Request:** Yandell seeks this information to "analyze if the sources are a systematic factor in any under-representation, if the jury plan is implemented, and if all citizens have an opportunity to serve as described in the jury plan Section 1.04." Ex. F at ¶35.

**Legal Support:** *See Crider*, 2021 WL 4226149 at *7; *Cloud*, 2020 WL 4381608 at *5; Ex. I at *1 (*United States v. Brooks*); Ex. K at *2 (*United States v. Tsarnaev*).

## II.   Conclusion

For the reasons stated above, and in the Motion (ECF No. 1209), this Court should grant Yandell's motion to inspect and copy grand jury records.

Dated this 10th day of August, 2022.

                                                              Respectfully submitted,

                                                              Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Correll & Associates

*/s/ Kathleen Correll*
KATHLEEN CORRELL

Law Office of Peter Arian

*/s/ Peter L. Arian*
PETER L. ARIAN