# EXHIBIT "F"

# EXHIBIT "F"

**DECLARATION OF JEFFREY MARTIN**

The undersigned, Jeffrey Martin, declares as follows:

1. My name is Jeffrey O'Neal Martin. I am over the age of majority and provide this affidavit voluntarily and based on my personal knowledge.
2. I hold a Bachelor's degree in Mathematics and Economics from Vanderbilt University and a Master's degree in Economics from the University of Chicago.
3. I am employed as a consultant on statistical issues, a consultant on actuarial issues, and as a consultant to political campaigns. I have been qualified as an expert on statistical issues in Federal Courts and State Courts.
4. Since 1997, I have been involved in cases involving challenges to the jury lists in Federal and State Courts.
5. I have been asked by counsel for Ronald Yandell to review the construction and implementation of the Master Jury Wheel that was used to select Grand Jurors in this case.
6. In order to complete the review, I require data as requested by counsel.
7. I do not seek any personal information that would allow the identification of any individual.
8. The information requested is common to other reviews of Federal jury wheels that I have been asked to perform. The information requested herein has been provided to me in connection with my work as an expert in approximately 20 similar challenges brought on behalf of federal criminal defendants in other federal jurisdictions.
9. All of the data is requested in order to analyze the demographic and systematic factors in the jury system in the Eastern District of California.
10. There are individual reasons for each of the requested data items as specifically described below.
11. The reasons include the cross-verification of the different data items supplied. My experience is that inconsistencies in the data are not unusual. These inconsistencies many times lead to the correction or the supplementation of the data.
12. While the reasons for requesting these items are conventional and standard, data always has the possibility of raising issues that were not envisioned at the onset. In this way, the data request is designed to be complete enough to understand the jury system process used in the Eastern District of California.
13. Data requests items #1 through #14 and items #16 through #18 do not involve any personal or other information that could be used to identify any individual.
14. Data requests items #19 through #22 should only include the randomly generated juror number and not the name, address, day of birth, or month of birth. In this way, no individual person can be identified. Only the year of birth (and not day or month) is requested and used for demographic analysis.
15. Data request item #23 should have the individual's name and address redacted or subject to a protective order in order to protect any personally identifiable information.

## A. Reasons for Data Request Items

16. Below are the conventional and standard reasons for requesting each item.
17. The reason item #1 (Jury Plan) is requested is to understand the procedures that were intended to be used to create the Master Jury Wheels and summon jurors. It is also requested to verify the specific jury plan intended to be applicable.
18. The reason item #2 (Jury Division(s)) and item #3 (Reason for the Choice of Jury Divisions) are requested is to determine the correct population to compare to the jury statistics.
19. The reason item #4 (Administrative Forms) is requested is to understand the demographic analysis of the Jury Wheels completed by the Clerk and to ensure that the other data (such as the size and timing of refilling the Jury Wheels, items #6, #7, and the Master Jury Wheel item #15) is consistent with the reporting by the Clerk, the jury plan, and the indictment. Form AO-12 is titled "Report on Operation of the Jury Selection Plan" and is required by 28 U.S.C. section 1863(a).
20. The reason item #5 (Data) is requested is to understand if any analysis besides the Form AO-12's has been completed which would be similar to the analysis in this jury challenge. If there are similarities or consistencies (or differences or inconsistencies) in the analysis, those differences can be considered and understood.
21. The reason item #6 (Qualified Jury Wheel Refill Date) and item #7 (Master Jury Wheel Refill Date) are requested is to confirm that the data is consistent with the jury plan and indictment.
22. The reason item #8 (Purge Procedures) is requested is to determine if duplicate records might be a systematic factor in any under-representation.
23. The reason item #9 (Calculation Procedures) is requested is to is to confirm that the jury plan is implemented and whether the potential grand jury in item #22 (Summoned Pool) is consistent.
24. The reason item #10 (General Notice) is requested is to confirm the data is consistent with the jury plan and indictment. The documents are also requested to confirm the procedures in the jury plan are implemented.
25. The reason items #11 (Procedures for Non-Responses), #12 (Information on Failure to Submit), and #13 (Failure-to-Appear or Submit) are requested is to quantify systematic factors in any under-representation including remedial procedures.
26. The reason item #14 (Proportionality Calculations) is requested is to confirm that the jury plan is implemented and whether the potential grand jury in item #22 (Summoned Pool) is consistent.
27. The reason item #15 (Source Data) is requested is to allow a demographic analysis of the jury system and to verify information on the Form AO-12's (item #4) or any other statistical analyses (item #5). The data is also needed to determine if the data in item

#20 (Grand Juror Numbers), item #17 (Numbers Summoned), and item #22 (Summoned Pool), is consistent with the Master Jury Wheel data.

28. The reason item #16 (Summons Date) is requested is to confirm that the data is consistent with the jury plan and the indictment.
29. The reason item #17 (Numbers Summoned) is requested is to confirm that the data is consistent with items #21 (Status Codes), item #20 (Grand Juror Numbers), and item #22 (Summoned Pool).
30. The reason item #18 (Juror Form) is requested is to understand the data supplied in item #15 (Source Data) and item #21 (Status Codes).
31. The reason item #19 (Juror Disposition) is requested is to verify item #21 (Status Codes), item #20 (Grand Juror Numbers), item #17 (Numbers Summoned), and item #22 (Summoned Pool).
32. The reason item #20 (Grand Juror Numbers) is requested is to verify the number of summoned jurors (item #17), the Master and Qualified Jury Wheel data (items #15), the status code data (item #21), and the summoned pool (item #22).
33. The reason item #21 (Status Codes) is requested is to allow an understanding of the systematic factors in the demographic analysis. The data is also needed to verify information on the Form AO-12's (item #4), statistical analyses (item #5), number of summoned jurors (item #17), juror number of summoned jurors (item #22), and grand juror numbers (item #20).
34. The reason item #22 (Summoned Pool) is requested is to verify the number of summoned jurors (item #17), the Master and Qualified Jury Wheel data (items #15), the Status Code data (item #21), the calculations in section 4.06, and the Grand Juror Numbers (item #20), and the disposition of summoned jurors (item #19).
35. The reason item #23 (Sources of Data) is requested is to analyze if the sources are a systematic factor in any under-representation, if the jury plan is implemented, and if all citizens have an opportunity to serve as described in the jury plan Section 1.04.

## B. Need for Divisional Data

36. Data is requested for both jury divisions (Sacramento and Fresno Divisions).
37. If the grand jury was drawn from both divisions, the data would be necessary for any analysis.
38. If the grand jury was drawn from one division, data from both divisions would be necessary because according to the jury plan, the construction of the jury lists in the Eastern District of California is done as one process. Data for all jury divisions is requested to verify that the data is internally consistent including specifically for item #4 (Form AO-12's), that there are no duplications of jurors (item #8), and that all citizens have an opportunity to serve as described in the jury plan Section 1.04.

### C. Need for Data on the Jury Plan Processes

39. My experience is that the implementation of the jury plan has a direct impact on the demographic characteristics of the jury list. It is common to see jury plans require some interpretation to implement and from those interpretations unintended consequences might follow. Specifically, items #9 (Calculation Procedures) and #14 (Proportionality Calculations) have proven to be areas in other districts where implementation has had problematic effects on demographic groups.
40. To analyze systematic causes of under-representation, data on the sources of data and the processes used to construct the jury list are critical.

### D. Timing

41. Counsel has informed me of the timeline for this case.
42. Once the jury data has been received, I standardly request four weeks to analyze the data. This estimate of the length of time for analysis depends most critically on the availability and accessibility of the data and the internal consistency of the data.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated this 4th day of August, 2022

_____
Jeffrey Martin