# EXHIBIT "H"

# EXHIBIT "H"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES, | : |
| | : |
|    Plaintiff, | :    CRIMINAL NO. 15-075-2 (JAF) |
| | : |
| v. | : |
| | : |
| ANGEL D. RAMOS CRUZ, | : |
| | : |
|    Defendant. | : |

# **ORDER**

The Court having considered Defendant Angel D. Ramos-Cruz' Motion for Access to Jury Selection Records and Materials, the Court hereby orders the Clerk of the Court or other responsible officials to make available to counsel for the Defendant or his designated expert during reasonable business hours the following documents for inspection, and if necessary copying, pursuant to the rights of such inspection under 28 U.S.C. §1867(f); Test v. United States, 420 U.S. 28 (1975) and United States v. Royal, 100 F.3d 1019 (1st Cir. 1996).

1)     The Juror Selection Plan for the District of Puerto Rico currently in effect and, if different in any respect, at the time grand jurors were summoned in this case.

The following statistical and demographic analyses of the Master Jury Wheel and the Qualified Jury Wheel.

2)     Any AO-12 form created which relates to the Master Jury Wheel and the Qualified Jury Wheel that were used to summon the grand jurors who returned the indictment in this case, or from which trial jurors will be selected in this case. 28 U.S.C. §1863(a) requires this report.

3)  Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheel and the Qualified Jury Wheel that were used to summon grand jurors in this case, or from which trial jurors will be selected in this case, with the Act and constitutional requirements.

The following data that does not include any personal information or information that could be used to identify any individual. The data supplied should be the data that is accessible and is closest in time to the date grand jurors were summoned in this case and when trial jurors will be summoned.

4)  The Master Jury Wheel data in electronic and accessible form that includes Participant Number, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code and Municipality.

5)  The Qualified Jury Wheel data in electronic and accessible form that includes Participant Number, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code and Municipality.

6)  All records of potential jurors who were selected for qualification but either had their qualification form returned, did not respond or were disqualified or exempted from the Qualified Jury Wheel, including disqualification based upon an inability to read, write, understand or speak the English language. The data should be in electronic and accessible form that includes Participant Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code and Municipality.

The following data with personal information such as Name and Address redacted.

7)  The sources of data in electronic form for the Master Jury Wheel used to summon grand or petit jurors in this case. The data should include Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code and Municipality but not any personal information or information that could be used to identify any individual.

The following data that does contain personal information. The personal information can be redacted or only supplied for inspection in the Clerk's office to safeguard personal information.

8)     The juror qualification and/or summons forms for persons summoned to potentially become grand or trial jurors in this case.

9)     The disposition of each summoned grand or trial juror in this case as to excusal, deferment, disqualification or selection, including based upon an inability to read, write, understand or speak the English language.

10)    Records showing the disqualification of jurors for cause in each death penalty case prosecuted in this District because of an inability to read, write, understand or speak the English language.

This 3rd day of August, 2015.

                                                             S/JOSE ANTONIO FUSTE
                                                         _____
                                                         José A. Fusté
                                                         UNITED STATES DISTRICT JUDGE