# EXHIBIT "M"

EXHIBIT "M"

ATTACHMENT 1

REQUESTED INFORMATION – GRAND JURY COMPOSITION

1. The Jury Plan for the District of Alaska currently in effect and, if different in any respect, at the time grand jurors were summoned in this case.  This Plan is believed to be the "Jury Plan" approve by Chief Judge Timothy M. Burgess in July 2017 and approved by the Ninth Circuit Judicial Council in August 2017.

2. Any AO-12 form or JS-12 form created which relates to the Master Jury Wheel and Qualified Jury Wheel that was used to summon the grand jurors who returned the indictment in this case as required by 28 U.S.C. §1863(a).

3. Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheel and Qualified Jury Wheel that was used to summon grand jurors in this case with the Jury Plan's Section 1.04, Jury Selection and Service Act and constitutional requirements.

4. The date when the Master Jury Wheel that was used to summon grand jurors in this case was refilled as described in the Jury Plan's Section 2.04.

5. The notice as described in the Jury Plan's Section 1.11.

6. The date when grand jurors were summoned in this case.

7. The number of persons summoned from the Qualified Jury Wheel to be considered as grand jurors in this case.

8. The calculation of proportionality for persons selected for the Master Jury Wheel as described in the Jury Plan's Section 1.10 (a).

9. The calculation of proportionality for persons summoned to be considered as grand jurors in this case as described in the Jury Plan's Section 4.05.

10. The Master Jury Wheel data as described in the Jury Plan's Section 2.03 in electronic and accessible form that includes Juror Number, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, Census Designation and Jury Management Division.

11. The Qualified Jury Wheel data as described in the Jury Plan's Section 3.05 in electronic and accessible form that includes Juror Number, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, Census Designation and Jury Management Division.

12. Status Codes for potential jurors who were selected from the Master Jury Wheel for qualification but either had their qualification form returned by the postal service, did not respond or were disqualified or exempted from jury service as described in the Jury Plan's Section 3.04.  The data should be in electronic and accessible form that includes Juror Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, Census Designation, and Jury Management Division.

13. The Juror Number only (and not Name or Address) and status for persons whose juror summons and qualification form were not returned as described in the Jury Plan's Section 3.03.

14. The Juror Number only (and not Name or Address) for persons selected as potential grand jurors in this case.

15. The sources of data in electronic form for the Master Jury Wheel used to summon grand jurors in this case as described in the Jury Plan's Section 2.01.  The data should include, as available, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, Census Designation, and Jury Management Division but not any personal information or information that could be used to identify any individual such as Name or Address.

16. The juror qualification and summons forms for persons summoned to potentially become grand jurors in this case.

17. The disposition of each summoned potential grand juror in this case as to excusal, deferment, disqualification or selection as described in the Jury Plan's Section 3.04.