UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>   v.<br><br>Ronald Yandell, et al.,<br><br>                Defendants. | No. 2:19-cr-00107-KJM<br><br>ORDER |

Having considered the parties' positions expressed in their joint status report, ECF No. 1220, and at the hearing on August 31, 2022, the court sets the following dates and deadlines for those defendants scheduled to begin trial on March 20, 2023:

(1) As discussed at the hearing on August 31, 2022, the parties are directed to meet and confer regarding a briefing schedule to address disputes about the disclosure of co-conspirator statements to be used at trial. The court will set dates if necessary at the status conference on October 19, 2022, anticipating resolution of any disputes before December 2022.

(2) The expiration of attorneys' eyes only protective orders will be governed by the terms of those protective orders.

(3) Jury selection will begin March 13, 2023.

(4) A pretrial conference is set for February 20, 2023.

(5) The deadline for disclosure of all materials covered by the Jencks Act, *Brady*, and *Giglio* is December 4, 2022. The United States shall promptly produce Jencks Act, *Brady*, and *Giglio* materials generated or received after December 4, 2022 on a rolling basis.

(6) The government's witness list will be disclosed January 9, 2023. The United States may separately apply to the court for late disclosure of certain witnesses until 14 days before the trial.

(7) By January 20, 2023, the United States shall provide the defense with electronic copies of non-physical exhibits. By February 3, 2023, the defense shall file a joint table of objections.

(8) By December 1, 2022, the parties shall simultaneously disclose expert witness names and complete other disclosures required by Rule 16. By December 20, 2022, the parties shall file any motions to exclude expert testimony, with responses due January 9, 2023, replies due January 23, 2023, and a hearing on February 6, 2023.

(9) Any motions *in limine* shall be filed by February 6, 2023, with responses due February 13, 2023.

(10) The parties shall exchange draft jury questionnaires by December 21, 2022 and shall file proposed jury questionnaires by February 20, 2023.

(11) The parties shall file proposed jury instructions and verdict forms by February 20, 2023.

(12) Defense witness and exhibit lists shall be filed by February 13, 2023. By February 27, 2023, the parties shall file a joint table of objections and responses.

IT IS SO ORDERED.

DATED: September 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE