Rene L. Valladares
Federal Public Defender
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Peter L. Arian
California State Bar No 238029
Email: peterarianlaw@gmail.com
822 College Avenue, Box 308
Kentfield, CA 94914
(415) 785-4060
(415) 329-1408 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD YANDELL,<br><br>        Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**[PROPOSED] ORDER TO FILE DOCUMENT *EX PARTE* AND UNDER SEAL**<br><br>Judge:  Hon. Edmund F. Brennan |

Application for Order to File Documents Under Seal having been made in the above entitled matter, the Court being full advised and good cause appearing.

IT IS HEREBY ORDERED that ~~the instant order and~~ the following items be filed *ex parte* and under seal and its confidentiality maintained.

(1) The 17(c) Application and Request to File Under Seal;

(2) The 17(c) subpoena and attachment;

(3) Memo re: requested subpoena

~~(4) [Proposed] Order granting the filing of the underseal documents~~

**SO ORDERED.**

**DATED:**   12/07/2022

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1