**Index of Exhibits**

| No. | Document |
|-----|----------|
| A | Declaration of Jeffrey Martin |
| B | *United States v. Holmes* |
| C | *United States v. Knight* Order |
| D | *United States v. Cruz* Order |
| E | *United States v. Smith* Order |
| F | *United States v. Smith* Attachment |
| G | *United States v. Crider* |
| H | *United States v. Cloud* |
| I | *United States v. Benavides and Weber* |
| J | *United States v. Brooks* Order |
| K | *United States v. Brooks* Motion |
| L | *United States v. Tsarnaev* Order |
| M | *United States v. Schlesinger* Order |
| N | *United States v. Ramirez-Ortiz* |