Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Richard G. Novak, SBN 149303
Naomi Svensson, SBN 251660
**Law Offices of Richard G. Novak**
PO Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00107-KJM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING HEARING AND FILING DEADLINES ON DEFENDANT YANDELL AND CORBETT'S MOTION FOR A BILL OF PARTICULARS** |
| v. | |
| RONALD YANDELL AND JASON CORBETT, | |
| Defendants. | |

    The parties, by and through their counsel of record, agree to re-set the hearing on Defendant Yandell and Corbett's motion for a bill of particulars.  The motion is currently set to be heard on March 22, 2023.  The parties agree to re-set the hearing for April 26, 2023 at 9am.

    The parties further agree the defense reply to the government opposition will be due no later than April 19, 2023.

Dated: March 13, 2023

By    s/ Kresta Daly
JASON HITT, Assistant United States Attorney

Dated: March 13, 2023

By    s/ Kresta Daly
BRAD LEVENSON, PETER ARIAN, and KATHLEEN CORRELL
Attorneys for Ronald Yandell

Dated: March 13, 2023

By    s/ Kresta Daly
KRESTA NORA DALY and RICHARD NOVAK
Attorneys for Jason Corbett

ORDER

The hearing on Defendant Yandell and Corbett's Motion for a Bill of Particulars currently set for March 22, 2023 is hereby vacated. The hearing is reset for April 26, 2023 at 9am before the Honorable Allison Claire.

The defense reply to the government's opposition is due no later than April 19, 2023.

Dated: March 14, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE