UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 2:19-cr-00107-KJM |
| v. | |
| RONALD YANDELL, | ORDER |
| Defendant. | |

In accordance with the hearing held on April 26, 2023 before the undersigned on the California Department of Corrections and Rehabilitation's motion to quash defendant Ronald Yandell's subpoena duces tecum to California State Prison – Sacramento (ECF No. 1467), it is hereby ORDERED that:

1. The March 17, 2023 motion to quash (ECF No. 1467) is DENIED;
2. The Department's request for a protective order governing the documents to be produced is GRANTED, and the parties shall submit a proposed protective order no later than May 3, 2023;
3. The Department and/or California State Prison – Sacramento shall produce the documents responsive to the subpoena no later than June 26, 2023.

So ordered.

Dated: April 27, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1