```
PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>RONALD YANDELL, et al.,<br><br>                Defendants. | CASE NO. 2:19-CR-0107-KJM<br><br>STIPULATION SETTING THE BRIEFING SCHEDULE ON TWO TRIAL-RELATED QUESTIONS |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for the trial defendants Ronald Yandell, Billy Sylvester, Jason Corbett, Pat Brady, Danny Troxell, and Brant Daniel (collectively the Defendants), hereby stipulate and agree to a briefing schedule and hearing date on two trial-related questions: (1) early disclosure of notice for the government's intention to introduce evidence under Rule 404(b) of the Federal Rules of Evidence, and (2) the propriety of juror questionnaires in a non-capital trial.

The proposed schedule is as follows:

    Defendants' opening briefs: May 31, 2023

    Govt. responses: June 28, 2023

    Defendants' replies: July 12, 2023

IT IS SO STIPULATED.

Dated: May 11, 2023

            PHILLIP A. TALBERT
            United States Attorney

            /s/ *Jason Hitt*
            JASON HITT
            Assistant United States Attorney

Dated: May 11, 2023

            /s/ *Brad D. Levenson*
            BRAD D. LEVENSON
            Assistant Federal Public Defender
            For the Defendants

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding briefing two trial-related questions: (1) early disclosure of notice for the government's intention to introduce evidence under Rule 404(b) of the Federal Rules of Evidence, and (2) the propriety of juror questionnaires in a non-capital trial.

Accordingly, the Court orders the following schedule:

|  |  |
|---|---|
| Defendants' opening briefs: | May 31, 2023 |
| Govt. responses: | June 28, 2023 |
| Defendants' replies: | July 12, 2023 |

IT IS SO ORDERED.

Dated: May 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE