UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, et al., | |
| Defendants. | |

The court has reviewed the motion to withdraw by Peter Arian, ECF No. 1532, who is appointed to represent defendant Ronald Yandel alongside Kathleen Correll and the Office of the Federal Public Defender for the District of Nevada. The motion to withdraw is **granted** in light of Arian's new position in the Public Defender's Office for the County of Marin. **Peter Arian is relieved as counsel for Ronald Yandell in this action**.

Yandell will continue to be represented by Correll and counsel in the Nevada Federal Public Defender's Office, but he requests the appointment of additional counsel with expertise similar to Arian's, Steven Kalar. Initially, Yandell asks the court to file his motion to appoint Kalar under seal to protect privileged information about the representation. That request is **granted**. Having reviewed the request to appoint Kalar and satisfied Yandell is financially unable to retain counsel, **the court appoints Steven Kalar as co-counsel**, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599. Kalar is appointed at the high end of the prevailing range for capital

counsel (currently $202/hour).  This rate will be reduced to the prevailing non-capital rate (currently $158/hour) should the case become non-capital in the future.  This appointment is contingent on Kalar's successful admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

This order resolves ECF Nos. 1532 and 1533.

IT IS SO ORDERED.

DATED:  June 7, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE