UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DEAN YANDELL,<br><br>Defendant. | No. 2:19-cr-00107-KJM<br><br>ORDER TO FILE DOCUMENTS EX PARTE AND UNDER SEAL |

Applications for Orders to File Documents Under Seal having been made in the above-entitled matter, and the Court being fully advised and good cause appearing, it is HEREBY ORDERED that the following items be filed ex parte and under seal and their confidentiality maintained:

1. Four Federal Rule of Criminal Procedure 17(c) Applications and Requests to Seal submitted to chambers on May 17, 2023;
2. The four Rule 17(c) subpoenas and their attachments;
3. The four memoranda regarding the requested subpoenas;
4. The Court's detailed order granting the four subpoena applications and requests to seal.

SO ORDERED.

Dated: June 20, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE