UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DEAN YANDELL, et al.,<br><br>Defendants. | No. 2:19-CR-00107 KJM<br><br><br><br>ORDER |

Under Federal Rule of Evidence 404(b)(3), the government must give reasonable notice of any evidence it intends to offer at trial under Rule 404(b)(2). Defendants Yandell, Troxell, Sylvester, Daniel, Brady and Corbett ask the court to set a November 6, 2023 deadline for the government to disclose evidence under Rule 404(b). ECF No. 1527. The government opposes the request and proposes a later disclosure date in January 2024 in the alternative. ECF No. 1551.

The court granted the defendants' request by bench order at the status conference on July 19, 2023. This order confirms and memorializes that bench order. This is a complex case involving many defendants, multiple conspiracy charges, and a great deal of evidence. Earlier disclosure will permit the parties to litigate motions in limine in time for trial.

The court does not, however, prohibit the government from giving notice after November 6, 2023 if it learns of other acts after that date, or if it first discovers such evidence after that date. In any notice after the November 6, 2023 deadline, the government must explain

why it could not disclose the evidence sooner.  An inadequate explanation for the late disclosure may result in an order prohibiting the government from introducing the evidence at trial.

In sum, the court **grants** the request at ECF No. 1527 as specified above.

IT IS SO ORDERED.

DATED:  July 25, 2023.

CHIEF UNITED STATES DISTRICT JUDGE