UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | No. 2:19-cr-00107-KJM<br><br>ORDER |

In accordance with the hearing held on September 6, 2023 before the undersigned on the California Department of Corrections and Rehabilitation's motions to quash defendant Ronald Yandell's subpoenas duces tecum concerning documents within the confidential files of Weaver, Pitchford, Littrell, and Pinell, it is hereby ORDERED that:

1. The August 22, 2023 motions to quash (ECF Nos. 1584-1587) are DENIED. The denial of the motions as they pertain to documents associated with Pinell's entry into CDCR is without prejudice to continued meet and confer efforts between defense counsel and CDCR counsel;

2. Production of documents responsive to the subpoenas shall be governed by an attorney-eyes-only protective order, and the parties shall submit a revised proposed amended protective order no later than September 29, 2023;

3. CDCR's request for in camera review of responsive documents is DENIED;

1

4. The Department shall produce the documents responsive to the subpoena no later than November 24, 2023.

So ordered.

Dated: September 13, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE