UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Ronald Dean Yandell,<br><br>Daniel Troxell,<br><br>William Sylvester,<br><br>Pat Brady,<br><br>Jason Corbett,<br><br>　　　　　　　　Defendants. | No. 2:19-cr-00107-KJM<br><br>ORDER |

　　　The court has reviewed the parties' proposed jury questionnaires and has considered their related comments and arguments at the status conference on December 20, 2023. The court **approves** the form of jury questionnaire filed as an attachment to this order. The court will direct the Jury Administrator to send jury summons and a questionnaire to prospective jurors by January 5, 2024. The parties may file objections to the attached questionnaire. Any objections must be filed by **January 3, 2024 at noon**.

　　　IT IS SO ORDERED.

DATED: December 21, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE