UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, Daniel Troxell, William Sylvester, and Jason Corbett, | |
| Defendants. | |

In a previous order, the court approved a jury questionnaire subject to objections by the parties.  ECF No. 1773.  The objections period has now closed, with objections from the United States only.  ECF No. 1784.  The court **sustains the United States' objections in part as to the elimination of a question for birthdate and otherwise overrules the objections**.

The Jury Administrator is instructed to print and mail the attached final questionnaire with the jury summons.

As discussed at the status conference on December 20, 2023, answers to juror questionnaires will remain strictly confidential.  They may be disclosed only to the parties' legal counsel, to their retained experts, and to their legal support staff.  They must not be disclosed to any other person, including the defendants in this action, under any circumstances, absent further

1. instruction by the court.  Disclosures in violation of this order may result in sanctions and a finding of contempt of court.

2. IT IS SO ORDERED.

3. DATED: January 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE