Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577/(702) 388-6261 (Fax)

Kathleen M. Correll
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716/(503) 662-1117 (Fax)

Steven G. Kalar
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkely, CA 94707
(415) 295-4675 /(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL (1),<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR RONALD YANDELL |

　　　　GOOD CAUSE APPEARING, Kathleen M. Correll is hereby relieved as counsel for Ronald Yandell in this action. **SO ORDERED.**

**DATED: January 4, 2024.**

_____
CHIEF UNITED STATES DISTRICT JUDGE