UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ronald Yandell and William Sylvester,<br><br>　　　　　Defendants. | No. 2:19-cr-00107-KJM<br><br>ORDER |

In a previous order, this court granted the defense motion for disclosure of grand jury records. Order (Apr. 12, 2023), ECF No. 1485. Defendants Ronald Yandell and William Sylvester recently moved to dismiss the charges against them based on an analysis of the information disclosed under the court's previous order. *See generally* Mot. Dismiss, ECF No. 1791. At a status conference on January 10, 2024, counsel for Yandell requested permission to arrange a meeting between a defense expert witness who analyzed the disclosed information and a member of the court's staff with responsibility for preparing that information. Counsel believed a meeting could resolve some concerns or limit disputes related to the pending motion. The government did not object to that request. The court took the request under submission and now orders as follows:

- Defense counsel may contact the Clerk of Court, Keith Holland, to arrange a meeting to discuss the information disclosed under this court's previous order.

1

- A representative of the United States shall be present at any such meeting.
- The court reiterates the limits and restrictions imposed in its previous order, including that neither this order nor the court's previous order requires any member of the court's staff to "prepare or create any records or documents." *See* Order (Apr. 12, 2023) at 9–10.  The court also reiterates its previous finding that the defense does not request—and is not entitled to—any "declarations or discovery responses." *Id.* at 5–6.

IT IS SO ORDERED.

DATED: January 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE