PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0107-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING TRIAL-RELATED FILING DATES; ORDER |
| v. | |
| RONALD YANDELL, BILLY SYLVESTER, and DANNY TROXELL, | |
| Defendants. | |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for defendant Ronald Yandell, Steven Kalar, counsel for defendant Billy Sylvester, Knut Johnson, Esq., and counsel for defendant Danny Troxell, Todd Leras, Esq., hereby stipulate and agree to new trial-related filing dates and respectfully request that the Court adopt the new proposed dates.

1. In the Court's scheduling Order, the parties are required to file proposed jury instructions and verdict forms by January 22, 2024. ECF 1722, at 2. After an extensive meet-and-confer session, the remaining trial defendants and the government would benefit from additional time to prepare jury instructions, exchange draft instructions, and reach consensus on as

1

many instructions as possible. To facilitate that ongoing process, the parties respectfully request to move the current deadline to February 16, 2024.

2. In the Court's scheduling Order, the parties are permitted to file trial briefs and voir dire by January 22, 2024. ECF 1722, at 2–3. After a meet-and-confer discussion, the parties agreed they would both benefit from additional time to prepare a trial brief and voir dire question. The parties respectfully request to move the current deadline for the filing of trial briefs and voir dire to February 16, 2024.

IT IS SO STIPULATED.

Dated: January 21, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: January 21, 2024

/s/ *Brad D. Levenson*
STEVE KALAR, Esq.
Counsel for Defendant
RONALD YANDELL
Authorized to sign for Mr. Kalar on 1-21-24

Dated: January 21, 2024

/s/ *Knut Johnson*
KNUT JOHNSON, Esq.
Counsel for Defendant
BILLY SYLVESTER
Authorized to sign for Mr. Johnson on 1-21-24

Dated: January 21, 2024

/s/ *Todd Leras*
TODD LERAS, Esq.
Counsel for Defendant
DANNY TROXELL
Authorized to sign for Mr. Leras on 1-21-24

2

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding changes to dates for various trial-related filings. Accordingly, the Court ADOPTS the proposed schedule as follows:

    Proposed jury instructions and verdict forms due:    February 16, 2024

    Trial briefs and voir dire due:    February 16, 2024

IT IS SO ORDERED.

DATED: January 23, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE