UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Ronald Yandell, et al.,<br><br>                Defendants. | No. 2:19-cr-00107-KJM<br><br>ORDER |

       Defendant Ronald Yandell moves the court to seal exhibits filed in support of his motion in limine to exclude photographs of various murders. Yandell Req. Seal, ECF No. 1833. Defendant argues good cause exists to file the exhibits under seal in accordance with Federal Rule of Criminal Procedure 49.1(d) because the exhibits contain sensitive and graphic images. *Id.*; *see* Fed. R. Crim. P. 49.1(d) ("The court may order that a filing be made under seal without redaction."). The United States also moves the court to seal additional photographs of a murder. Gov't Req. Seal., ECF No. 1883. The United States "does not concede" there is a basis to seal but nonetheless requests the court to seal the exhibits "out of an abundance of caution." *Id.*

       "[C]riminal proceedings and documents may be closed to the public" only if the following three requirements are satisfied: "(1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest." *Oregonian*

1  *Pub. Co. v. U.S. Dist. Ct.*, 920 F.2d 1462, 1466 (9th Cir. 1990).  Here, neither party cites

2  authority in support of their requests nor explains what compelling interest is served by sealing

3  the exhibits.  The requests to seal are **denied without prejudice.**

4      This order resolves ECF Nos. 1833 and 1883.

5      IT IS SO ORDERED.

6  DATED:  February 14, 2024.

7

                                                     CHIEF UNITED STATES DISTRICT JUDGE