IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00107-KJM |
| Plaintiff, | |
| v. | PRELIMINARY JURY INSTRUCTIONS |
| Ronald Yandell,<br>William Sylvester, and<br>Daniel Troxell, | |
| Defendants. | |

DATED:  February 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE