Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**APPLICATION AND REQUEST TO SEAL JUROR LIST AND JURY QUESTIONNAIRES; ORDER** |

PLEASE TAKE NOTICE that Defendant Ronald Yandell moves the Court to seal the attached Exhibit A (juror list) and Exhibit B (jury questionnaires). *See also* ECF No. 1919 (jury trial minutes; "The court GRANTED the defense request to file the juror lists and questionnaires under seal, and DIRECTED Mr. Kalar to take the lead on getting those materials on the docket.").

The application is made upon the grounds that good cause exists to file the Exhibits under seal. The Exhibits contain sensitive juror information, including juror names and other details concerning juror identity.

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). Here there is good cause for this Court to use its authority under Rule 49.1(d).

Dated: February 23, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brian D. Pugh*
BRIAN D. PUGH
Assistant Federal Public Defender

*/s/ Sean A. McClelland*
SEAN McCLELLAND
Assistant Federal Public Defender


Law Office of Steven G. Kalar

*/s/ Steven G. Kalar*
STEVEN G. KALAR

2

**ORDER**

Good cause appearing, Exhibit A and Exhibit B are sealed until further order of this Court.

DATED: February 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE