UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DEAN YANDELL,<br><br>Defendant. | No. 2:19-cr-00107-KJM<br><br>ORDER TO FILE DOCUMENTS EX PARTE AND UNDER SEAL |

Applications for Orders to File Documents Under Seal having been made in the above-entitled matter, and the Court being fully advised and good cause appearing, it is HEREBY ORDERED that the following items be filed ex parte and under seal and their confidentiality maintained:

1. Three Federal Rule of Criminal Procedure 17(c) Applications and Requests to Seal submitted to chambers on January 8, 2024;
2. The three Rule 17(c) subpoenas and their attachments;
3. The three memoranda regarding the requested subpoenas;
4. A January 23, 2024 motion concerning Rule 17(c) subpoena requests submitted by Jason Corbett;
5. The Court's detailed order granting the three subpoena applications and requests to seal and denying the motion concerning Corbett's subpoena requests.

1

1  SO ORDERED.

2  Dated: February 27, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE