PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>RONALD YANDELL,<br>BILLY SYLVESTER, and<br>DANNY TROXELL,<br><br>               Defendants. | CASE NO. 2:19-CR-00107-KJM<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the authorities contained in the Request to Seal filed by the United States, IT IS HEREBY ORDERED that the government's *ex-parte* motion seeking an *in camera* review of personnel records for a government witness, including Exhibits A and B to that motion, the proposed order granting that motion, and the government's Request to Seal, shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing these documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its notice of request to seal, the Court further finds that there are no

additional alternatives to sealing the sentencing these documents that would adequately protect the compelling interests identified by the government.

DATED: March 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE