Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**APPLICATION AND REQUEST TO SEAL *EX PARTE* DEFENSE PROFFER; ORDER** |

PLEASE TAKE NOTICE that Defendant Ronald Yandell moves the Court to seal the attached Exhibit A – *Ex Parte* Defense Proffer (and attachments).

The application is made upon the grounds that good cause exists to file the Exhibit under seal. The Exhibit contains sensitive information concerning defense strategy.

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). Here there is good cause for this Court to use its authority under Rule 49.1(d).

Dated: March 7, 2024.

                       Respectfully submitted,

                       Rene L. Valladares
                       Federal Public Defender

                       */s/ Brian D. Pugh*
                       BRIAN D. PUGH
                       Assistant Federal Public Defender

                       */s/ Sean A. McClelland*
                       SEAN McCLELLAND
                       Assistant Federal Public Defender

                       Law Office of Steven G. Kalar

                       */s/ Steven G. Kalar*
                       STEVEN G. KALAR

**ORDER**

Good cause appearing, Exhibit A – *Ex Parte* Defense Proffer is sealed until further order of this Court.

Dated:  March 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE