Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org

Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL,<br><br>　　　　Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**APPLICATION AND REQUEST TO SEAL DEFENDANT RONALD YANDELL'S PROPOSED STIPULATED ORDER REGARDING CDCR DOCUMENTS; ORDER** |

PLEASE TAKE NOTICE that Defendant Ronald Yandell moves the Court to seal Defendant Ronald Yandell's Proposed Stipulated Order Regarding CDCR Documents. The application is made upon the grounds that good cause exists to file the stipulated order under seal.

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). Here there is good cause for this Court to use its authority under Rule 49.1(d).

Dated: March 11, 2024.

                Respectfully submitted,

                Rene L. Valladares
                Federal Public Defender

                */s/ Brian D. Pugh*
                BRIAN D. PUGH
                Assistant Federal Public Defender

                */s/ Sean A. McClelland*
                SEAN McCLELLAND
                Assistant Federal Public Defender

                Law Office of Steven G. Kalar

                */s/ Steven G. Kalar*
                STEVEN G. KALAR

**ORDER**

Good cause appearing, Defendant Ronald Yandell's Proposed Stipulated Order Regarding CDCR Documents is sealed until further order of this Court.

DATED: March 13, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE