UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, | |
| Defendant. | |

      On March 28, 2024, several days ago, this court ordered third party California Department of Corrections and Rehabilitation (CDCR) to "promptly provide videoconferencing" between four specific CDCR inmates "and the representative attorneys appointed to represent each of those inmates in connection with their potential attendance at trial in this matter." Order (Mar. 28, 2024), ECF No. 2081 (under seal).

      During an in camera hearing on the morning of April 3, 2024, counsel for one of the inmate witnesses informed the court that CDCR had not made the inmate available for videoconferencing with their client. Counsel for another inmate whose attendance at trial is similarly the subject of a writ of habeas corpus ad testificandum—and who also is represented by an attorney appointed by this court in connection with that writ—reported similarly that CDCR

had not permitted that attorney to communicate confidentially by videoconference with the client inmate.

CDCR is ordered to **immediately** permit confidential videoconferencing between all inmates subject to a writ of habeas corpus ad testificandum related to their attendance at trial in this matter and the attorneys appointed to represent those respective inmates in connection with those writs and their attendance at trial.

CDCR is also **ordered to show cause** within twenty-four hours why monetary sanctions of $1,000 should not be imposed for failure to comply with this court's order at ECF No. 2081. Failure to comply with this order and others may result in further sanctions and proceedings on a finding of contempt of court.

The Clerk's office is instructed to serve a copy of this order on counsel to the parties to this action and on counsel for CDCR, Lucas Hennes.

IT IS SO ORDERED.

DATED: April 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE