| | |
|---|---|
| **From:** | Jeremy Donati |
| **To:** | Alexa Drury; Steven@Kalarlaw.com; McClelland, Sean (FD); Pugh, Brian (FD) |
| **Cc:** | Patricia Andrews; Casey Schultz |
| **Subject:** | RE: Original Under Seal Documents - US v. Yandell, et al., 19cr00107-KJM |
| **Date:** | Thursday, April 4, 2024 2:13:00 PM |
| **Attachments:** | Service of SEALED DOCUMENTS in 219-cr-0107 KJM.msg<br>image003.png |

Good Afternoon,

Please refer to the attached email from the service of the signed subpoena and order.

As I indicated in the email, the original subpoena would be left at the Clerks Office 4th Floor office for pick up by Steven, Sean and Brian.

**The envelope containing the original subpoena is STILL sitting waiting for pickup.**

It is not my responsible to keep your information straight. You are responsible as the attorneys of record.

Steven, Sean and Brian, you can pick up the original signed subpoena at the Clerks Office.



Jeremy J. Donati
Operations Supervisor
United States District Court
Eastern District of California

---

**From:** Alexa Drury <Alexa_Drury@fd.org>
**Sent:** Thursday, April 4, 2024 1:15 PM
**To:** Jeremy Donati <JDonati@caed.uscourts.gov>
**Subject:** Original Under Seal Documents - US v. Yandell, et al., 19cr00107-KJM
**Importance:** High

Hey Jeremy!

Richard Salinas and Abigail Goldman from our office are there at the courthouse and they need the original sealed documents attached to this email. Are you able to get these to them? I believe you are in a training/tied up this afternoon, so we do apologize for the urgency.

Thank you in advance!

*Alexa Drury*
**Alexa Drury**
Paralegal

Federal Public Defender, District of Nevada

411 E. Bonneville Avenue, Ste 250

Las Vegas, Nevada 89101

Phone: (702) 388-6577

Fax: (702) 388-6261



_____

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify us by reply e-mail.