PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD YANDELL,<br>BILLY SYLVESTER, and<br>DANNY TROXELL,<br><br>    Defendants. | CASE NO. 2:19-CR-00107-KJM<br><br>ORDER PROVISIONALLY SEALING GOVERNMENT'S BRIEF IN OPPOSITION |

Pursuant to Local Rule 141(b) and for the reasons contained in the Request to Seal filed by the United States (ECF 2212), IT IS HEREBY ORDERED that the government's Brief in Opposition to Defendant Yandell's Request to Admit Purported Inmate Witness Statements, shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request and in the Court's prior orders sealing the names of Yandell's prospective inmate witnesses, and ordering *in camera* hearings regarding their potential testimony, provisionally sealing the government's Brief serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests that would be harmed. In light of the public filing of its request to

seal, the Court further finds that there are no additional alternatives to provisionally sealing the government's Brief would adequately protect these compelling interests.

DATED: April 9, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE