Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org

Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**STIPULATED ORDER UNSEALING PART OF EXHIBIT 144-1** |

By stipulation and Court order, this document modifies the Sealing Order relating to Government Exhibit 144-1. *See* ECF 144-1.

The parties represent that Exhibit 144-1 is a long compilation of CDCR rule violations against Ronald Yandell. The government initially filed Exhibit 144-1 on the public docket. Counsel for Mr. Brant Daniel then requested that this exhibit be filed under seal, a request that Yandell joined. *See* ECF 158 (Notice of Request to Seal); 159 (Motion, under seal); ECF 172 (Reply).  The government opposed the motion to seal the document.  ECF 168 (Government's Opposition) The Court granted the motion and Exhibit 144-1 was ultimately filed under seal. ECF 161 (Order).

Mr. Yandell now seeks to use pages 159-161 of Exhibit 144-1 in support of a motion to be filed on April 11, 2024. Those pages relate to a rules-violation allegation against Mr. Yandell. Mr. Yandell seeks to file those pages on the public docket in support of his April 11, 2024 motion.

The government has no objection to this request.

Therefore, for good cause shown the Court modifies the sealing order relating to Exhibit 144-1. Counsel for Mr. Yandell, and the government, shall be permitted to file pages 159-161 from Exhibit 144-1 on the public docket.

IT IS SO STIPULATED

Dated this 10th Day of April, 2024.

                Respectfully submitted,

                Rene L. Valladares
                Federal Public Defender

                */s/ Brian D. Pugh*
                BRIAN D. PUGH
                Assistant Federal Public Defender

                */s/ Sean A. McClelland*
                SEAN A. McCLELLAND
                Assistant Federal Public Defender

                Kalar Law Office

                */s/ Steven G. Kalar*
                STEVEN G. KALAR

                United States Attorney Phillip Talbert
                Eastern District of California
                Ross Person
                Assistant United States Attorney

                */s/ Ross Pearson*
                ROSS PEARSON

IT IS SO ORDERED.

DATED: April 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE