Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org

Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**ORDER TO IMMEDIATELY PROVIDE DATE REGARDING SIM CARD** |

The parties in the above-entitled case seek all data available related to SIM UICC:8901410427782156044 as related to cellular phone ZTE Model-Z222, MDN- (916) 390-0394, IMEI – 866011024015588, SN – 327B4361113C, IMSI - 310410781215604. The above is a ZTE Z222 cellular phone with an installed SIM card associated with an AT&T GO Phone account.

The parties also seek the SIM PIN, and the SIM PUK for the phone and SIM combination stated above.

The date range sought is from activation to de-activation. The data requested includes, but is not limited to, any associated phone numbers, any subscriber information, and any transactional records.

The above-captioned case is in trial, and the request is therefore time-sensitive. Therefore, for good cause shown AT&T Global Legal Response is ordered to immediately provide to AUSA Ross Pearson, and Defense Counsel Steven Kalar, all data specified above.

AT&T shall send this information to both counsel at the same time, by emailing it to ross.pearson@usdoj.gov and to Steven@KalarLaw.com.

AUSA Pearson and Defense Counsel Kalar shall coordinate effecting immediate service on AT&T Global Legal Response.

IT IS SO ORDERED.

DATED : April 15, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1