UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, Daniel Troxell, and William Sylvester, | |
| Defendants. | |

Counsel for the United States and defendants Yandell, Troxell, and Sylvester made their respective closing arguments to the jury on April 22 and 23, 2024. *See* Mins., ECF Nos. 2294, 2297. Counsel for all parties used PowerPoint presentations during their arguments. Counsel for the government also displayed handwritten and printed documents. Defendants Yandell and Sylvester have filed .pdf copies of their PowerPoint presentations on the docket of this action, and they move to compel the United States and defendant Troxell to file copies of their own presentations and the government's printed and handwritten documents as well. *See generally* Mot. & Exs. A, B, ECF Nos. 2299, 2299-1, 2299-2.

The United States filed a late opposition, which the court has considered. *See generally* Opp'n, ECF No. 2341. It argues the presentations need not be filed because they are not evidence and because any problems or errors the defense might identify in those presentations would be

1

reviewed for plain error.  Troxell has filed neither an opposition nor a statement of non-opposition.

The parties cite no binding authority requiring or prohibiting the filing of presentations or notes displayed to the jury during closing arguments.  The court is aware of none.  As the defense points out, however, the record would be more complete—and the Circuit Court better positioned to review that record—if the presentations and other documents were filed.  *Cf. United States v. Ruiz*, 710 F.3d 1077, 1082–84 (9th Cir. 2013) (reviewing contents of a PowerPoint presentation as part of record relevant to assessing claims of prosecutorial misconduct, which the court ultimately rejected).  The court can conceive of no prejudice any party would suffer if required to file those documents.  The presentations and notes were publicly disclosed during trial already.  At least one other district court has granted a similar motion, albeit with no opposition by the government, in the interest of completing the record.  *See United States v. Pike*, No. 15-820, 2018 WL 9786078, at *1 (W.D. Tex. July 16, 2018).  This court will do the same.

The motion to complete the record (ECF No. 2299) is **granted**.  Counsel for the government and for defendant Troxell must file .pdf copies of the PowerPoint presentations, printed documents, and handwritten notes displayed to the jury during closing arguments **by 4:30 p.m. on Monday, May 20, 2024**.

This order resolves ECF No. 1.

IT IS SO ORDERED.

DATED:  May 15, 2024.

CHIEF UNITED STATES DISTRICT JUDGE