Rene L. Valladares
Federal Public Defender
Brian D. Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
Sean A. McClelland
Assistant Federal Public Defender
Nevada State Bar No. 16581
Email: sean_mcclelland@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br><br>Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT RONALD YANDELL'S RULE 29 MOTION AND UNDER-SEAL MOTION**<br><br>Date & Time: August 21, 2024 at 9am<br><br>Chief Judge Kimberly J. Mueller, United States District Court |

**STIPULATION**

The defendant Ronald Yandell, by and through Assistant Federal Public Defender Sean A. McClelland, and Steven G. Kalar, Esq., and counsel for the United States, Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer, hereby stipulate and agree to a briefing schedule and hearing date on two motions filed by defendant Ronald Yandell ("defendant"). Docket No. 2314. Counsel has had urgent and time-sensitive briefing obligations arise in other matters. An additional week to prepare the instant motions would thus help facilitate compliance with briefing deadlines in this and other cases.

The proposed revised schedule is as follows:

Defendant's Motions due         June 17, 2024

IT IS SO STIPULATED.

RENE L. VALLADATES
Federal Public Defender

Dated: June 6, 2024

/s/ *Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender

Counsel for Defendant
RONALD YANDELL

PHILLIP A. TALBERT
United States Attorney

Dated: June 6, 2024

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

3

**ORDER**

The Court accepts the stipulation of the parties regarding the two motions filed by defendant Ronald Yandell.  Docket No. 2314.  Accordingly, the Court orders:

Defendant's Motions due       June 17, 2024

**IT IS SO ORDERED**.

DATED:  June 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4