PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL,<br>BILLY SYLVESTER, and<br>DANNY TROXELL,<br><br>Defendants. | CASE NO. 2:19-CR-0107-KJM<br><br>STIPULATION REGARDING RELATED FILING DATES |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for defendant Ronald Yandell, Steven Kalar, counsel for defendant Billy Sylvester, Knut Johnson, Esq., and counsel for defendant Danny Troxell, Todd Leras, Esq., hereby stipulate and agree to new the government's filing date for opposition to the motions listed below be moved to July 15, 2024, and respectfully request that the Court adopt the new proposed date.

1

1. Motion to dismiss for vindictive prosecution (ECF 2277, joinders at ECF 2296, 2304)
2. Motion to dismiss due to unlawful grand jury composition (ECF 1876)
3. Rule 29 motions (ECF 2373 – Sylvester, ECF 2377 – Yandell, ECF 2378 – Troxell)
4. Sealed filings issue (ECF 2379)

IT IS SO STIPULATED.

Dated:  July 15, 2024                           PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ *Jason Hitt*
                                                JASON HITT
                                                Assistant United States Attorney

Dated:  July 2, 2024                            /s/ *Steve Kalar, Esq.*
                                                STEVE KALAR, Esq.
                                                BRIAN PUGH, Esq.
                                                SEAN McCLELLAND, Esq.
                                                Counsel for Defendant
                                                RONALD YANDELL
                                                Authorized to sign for Mr. Kalar on 7-2-24

Dated:  July 2, 2024                            /s/ *Knut Johnson*
                                                KNUT JOHNSON, Esq.
                                                Counsel for Defendant
                                                BILLY SYLVESTER
                                                Authorized to sign for Mr. Johnson on 7-2-24

Dated:  July 15, 2024                           /s/ *Todd Leras*
                                                TODD LERAS, Esq.
                                                Counsel for Defendant
                                                DANNY TROXELL
                                                Authorized to sign for Mr. Leras on 7-15-24

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding changes to dates for various pending motions. Accordingly, the Court ADOPTS the stipulation and orders the government's oppositions to the motions listed below are now due on **July 15, 2024**:

1. Motion to dismiss for vindictive prosecution (ECF 2277, joinders at ECF 2296, 2304)
2. Motion to dismiss due to unlawful grand jury composition (ECF 1876)
3. Rule 29 motions (ECF 2373 – Sylvester, ECF 2377 – Yandell, ECF 2378 – Troxell)
4. Sealed filings issue (ECF 2379)

IT IS SO ORDERED.

DATED: August 1, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

3