**United States District Court**

**Eastern District of California**

| | |
|---|---|
| United States of America, | Case No. 2:19-CR-00107-KJM |
| Plaintiff, | |
| v. | **Order Permitting Transcription and Copies of In Camera and Ex Parte Proceedings for Appellate Purposes** |
| Ronald Yandell, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Court Reporters transcribe and provide copies of the transcripts for the following in-camera proceedings to counsel for Ronald Yandell and counsel for the United States of America:

| Hearing Date | ECF No. | Transcript Name |
|---|---|---|
| 2/29/2024 | 1948 | In camera trial motion hearing (Yandell) |
| 3/4/2024 | 1956 | In camera trial motion hearing (Yandell) |
| 3/5/2024 | 1961 | In camera trial motion hearing (Yandell) |
| 3/6/2024 | 1964 | In camera trial hearing (Yandell) |
| 3/7/2024 | 1968 | In camera trial hearing (Yandell) |
| 4/3/2024 | 2144 | In camera trial proceedings (Yandell) |
| 4/4/2024 | 2163 | In camera trial proceedings (Yandell) |
| 4/5/2024 | 2192 | In camera trial hearing (Yandell) |
| 4/8/2024 | 2208 | In camera trial proceeding (Yandell) |
| 4/8/2024 | 2210 | In camera trial proceeding (Yandell) |
| 4/9/2024 | 2215 | In camera trial proceeding (Yandell) |

IT IS ALSO HEREBY ORDERED that the Court Reporters transcribe and provide copies of the transcripts for the following in camera, ex parte proceedings to counsel for Ronald Yandell:

| Hearing Date | ECF No. | Transcript Name |
|---|---|---|
| 6/30/2021 | 817 | In camera, ex parte status conference re stand-by counsel (Yandell) |
| 12/5/2023 | 1718 | Sealed, in camera, ex parte status of counsel hearing (Yandell) |
| 12/20/2023 | 1769 | Sealed, in camera, ex parte hearing (Yandell) |

Counsel shall not provide any of the documents covered by this order to anyone else, including defense counsel's client.

DATED: February 28, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE