# United States District Court
# Eastern District of California

United States of America,

    Plaintiff,

 v.

Ronald Yandell,

    Defendant.

Case No. 2:19-CR-00107-KJM

**Order Permitting Copies of Non-Public Docket for Appellate Purposes**

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the unredacted non-public docket sheet to counsel for Ronald Yandell and counsel for the United States of America. Counsel shall not disclose this document to anyone else, including defense counsel's client.

DATED: February 28, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE