# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

United States of America,

         Plaintiff,

     v.

Ronald Yandell,

        Defendant.

Case No. 2:19-CR-00107-KJM

**Order Granting  Motion to Withdraw as Counsel  for Ronald Yandell and**

    GOOD CAUSE APPEARING, Brian Pugh is hereby relieved as counsel for Ronald Yandell in this action. **SO ORDERED**.

Dated: March 12, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE