# United States District Court
# Eastern District of California

| United States of America, | Case No. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | |
| v. | **Order Permitting Transcription and Copies of Sealed and In Camera Proceedings for Appellate Purposes** |
| Ronald Yandell, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Court Reporters transcribe and provide copies of the transcripts for the following sealed and in camera proceedings to counsel for Ronald Yandell and counsel for the government:

| Hearing Date | ECF No. | Transcript Name |
|---|---|---|
| 6/15/2022 | 1196 | Sealed Change of Plea (Mazza) |
| 3/12/2024 | 1992 | In camera proceeding (Yandell, Sylvester) |

Dated: May 6, 2025.

UNITED STATES DISTRICT JUDGE