UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

The court previously ordered defendant Travis Burhop to show cause why ECF No. 2025 and its attachments should not be unsealed. *See* Order (Mar. 17, 2025), ECF No. 2668. Burhop has responded through counsel. He requests permission to file his response under seal. *See* Notice, ECF No. 2732. He argues the court should continue to seal ECF No. 2025 and its attachments because those documents disclose his cooperation with the government.

As Burhop acknowledges, he testified publicly and extensively at the trial in this matter over three days. *See* Trial Tr. Days 13–15 (Mar. 12–14, 2024). He testified about his cooperation with the government in response to questions by the government and counsel for defendants Yandell, Sylvester and Troxell, both on direct and in cross examination. And as result of his cooperation and testimony, he testified, it was his belief that he was "marked for death." Trial Tr. Day 14 (Mar. 13, 2024) at 26. Burhop does not identify information in ECF No. 2025 or its

attachments that should not be publicly revealed, and he agrees that information has already been disclosed to the government and counsel for defendants Yandell, Sylvester and Troxell.

For these reasons, the Clerk's Office is instructed to **unseal** ECF No. 2025 and its attachments and to **unseal** the court's order at ECF No. 2668. Burhop's request to seal his response to the court's order to show cause is **denied**.

The Clerk's Office is directed to serve a copy of this order on counsel for the United States and for defendants Yandell, Sylvester, Troxell and Burhop.

IT IS SO ORDERED.

DATED: May 8, 2025.

UNITED STATES DISTRICT JUDGE

2