**United States District Court**

**Eastern District of California**

| United States of America, | Case No. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | |
| v. | **Order Permitting Copies of Sealed Documents for Appellate Purposes to Counsel for Ronald Yandell** |
| Ronald Yandell, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the following sealed documents to counsel for Ronald Yandell:

| ECF No. | Date | Title |
|---|---|---|
| 821 | 07/02/2021 | SEALED EVENT |
| 853 | 07/23/2021 | SEALED EVENT |
| 1370 | 12/07/2022 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3) |
| 1538 | 06/21/2023 | SEALED EVENT (Attachments: # 1 part 2, # 2 part 3, # 3 part 4, # 4 part 5, # 5 part 6, # 6 part 7, # 7 part 8, # 8 part 9) |
| 1695 | 11/15/2023 | SEALED EVENT |
| 1713 | 12/04/2023 | SEALED EVENT |
| 1820 | 1/22/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7, # 7 Part 8, # 8 Part 9, # 9 Part 10, # 10 Part 11, # 11 Part 12, # 12 Part 13) (Additional attachment(s) added on 1/23/2024: # 13 Part 14) |
| 1932 | 02/27/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4) |
| 1939 | 02/28/2024 | SEALED EVENT- SEALED ORDER signed by Magistrate Judge Edmund F. Brennan on 02/27/2024 re: 1938 Order. |

| | | |
|---|---|---|
| 1979 | 03/11/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4) |
| 2004 | 03/14/2024 | SEALED EVENT (Attachments: # 1 Part 2) |
| 2008 | 03/14/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3) |
| 2010 | 03/14/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2020 | 03/19/2024 | SEALED EVENT (Attachments: # 1 part 2, # 2 part 3, # 3 part 4, # 4 part 5, # 5 part 6) |
| 2027 | 03/20/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2029 | 03/20/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5) |
| 2030 | 03/20/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2031 | 03/20/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2033 | 03/20/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2034 | 03/20/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5) |
| 2035 | 03/20/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2050 | 03/25/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2051 | 03/25/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5) |
| 2061 | 03/26/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5) |
| 2106 | 04/01/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4) |
| 2108 | 04/01/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7, # 7 Part 8, # 8 Part 9, # 9 Part 10) |
| 2114 | 04/01/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2115 | 04/01/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3) |
| 2116 | 04/01/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3) |
| 2141 | 04/03/2024 | SEALED EVENT |
| 2153 | 04/03/2024 | SEALED EVENT |

| | | |
|---|---|---|
| 2159 | 04/04/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3) |
| 2161 | 04/04/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7, # 7 Part 8) |
| 2164 | 04/04/2024 | SEALED EVENT (Attachments: # 1 Part 2) |
| 2166 | 04/04/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7) |
| 2168 | 04/04/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2170 | 04/04/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7, # 7 Part 8, # 8 Part 9, # 9 Part 10) |
| 2172 | 04/04/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4) |
| 2178 | 04/05/2024 | SEALED EVENT |
| 2186 | 04/05/2024 | SEALED EVENT (Attachments: # 1 Part 2) |
| 2189 | 04/05/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6) |
| 2200 | 04/08/2024 | SEALED EVENT (Attachments: # 1 Part 2) |
| 2202 | 04/08/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3) |
| 2246 | 04/12/2024 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7) |
| 2256 | 04/16/2024 | SEALED EVENT (Attachments: # 1 Part 2) |
| 2258 | 04/17/2024 | SEALED EVENT |

Dated: May 8, 2025.

UNITED STATES DISTRICT JUDGE