UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell and William Sylvester, | |
| Defendants. | |

Defendants Yandell and Sylvester jointly move for an order permitting the Clerk's Office to provide copies of many sealed documents to the attorneys representing them in their direct appeal. ECF No. 2776. Counsel for Yandell and Sylvester represent that in response to their inquiry, counsel for the United States stated that the government has no objection to their motion "unless any sealed pleadings relate to government cooperators or witnesses." *Id.* at 8.

The court will not rule on the pending motion without first permitting the United States to object to the disclosure of specific files or information to Yandell's and Sylvester's counsel. Any objections must be filed **within fourteen days**.

IT IS SO ORDERED.

DATED: June 11, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1