Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Sean A. McClelland
Wendi L. Overmyer
Cristen C. Thayer
Assistant Federal Public Defenders
sean_mcclelland@fd.org
wendi_overmyer@fd.org
cristen_thayer@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Attorneys for Ronald Yandell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Ronald Yandell,<br><br>      Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**Motion for Extension of Time to file Reply to Government's Opposition to Joint Motion for Copies of Sealed Documents for Appellate Purposes** |

Defendant Ronald Yandell moves this Court for a seven-day extension to file a reply to the government's opposition (ECF No. 2779) to the joint motion for compies of sealed documents for appellate purposes (ECF No. 2776). Under the local rules, the joint reply is due within four days of the response, making the deadline today, June 30, 2025. *See* E.D. Cal. LR 430.1(f); *see also* Fed. R. Crim. P. 45(a)(1). Mr. Yandell requests this deadline be extended by 7-days, to Monday, July 7, 2025, so they can confer with counsel for Mr. Sylvester and prepare the reply. The requested extension is not made for purposes of delay.

Undersigned counsel, Assistant Federal Public Defender Wendi L. Overmyer, contacted counsel for the government, Assistant United States Attorney Jason Hitt, who stated the government has no objection to this motion for a 7-day extension of the reply deadline.

For these reasons, Mr. Yandell moves this Court for a 7-day extension of the reply deadline, with the reply due Monday, July 7, 2025.

Dated: June 30, 2025.

                                        Respectfully Submitted,

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        *s/Sean A. McClelland*
                                        Sean A. McClelland
                                        Assistant Federal Public Defender

                                        *s/ Wendi L. Overmyer*
                                        Wendi L. Overmyer
                                        Assistant Federal Public Defender

                                        *s/Cristen C. Thayer*
                                        Cristen C. Thayer
                                        Assistant Federal Public Defender
                                        Attorneys for Ronald Yandell