# United States District Court

# Eastern District of California

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 2:19-CR-00107-KJM |
| v. | |
| Ronald Yandell, | **Order Extending Reply Deadline in Support of Joint Motion for Copies of Sealed Documents for Appellate Purposes** |
| William Sylvester, | |
| Defendants. | |

IT IS HEREBY ORDERED that the deadline for Defendants Yandell and Sylvester to file a reply to the government's response to their joint motion for copies of sealed documents for appellate purposes is extended by seven days, with any reply being due on or before July 7, 2025.

DATED: July 7, 2025.

UNITED STATES DISTRICT JUDGE