UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:19-cr-00107-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell and William Sylvester, | |
| Defendants. | |

Having reviewed the motion to provide sealed copies at ECF No. 2776, the government's response at ECF No. 2779, and the reply at ECF No. 2782, the court **grants** the motion at ECF No. 2776. The Clerk's Office is instructed to provide copies of the sealed documents listed in the motion at ECF No. 2776 solely to counsel for defendants Ronald Yandell and William Sylvester. Those documents will remain under seal on the docket of this action and shall not be further disclosed absent a prior court order.

IT IS SO ORDERED.

DATED: July 29, 2025.

UNITED STATES DISTRICT JUDGE

1