# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Ronald Yandell,<br><br>        Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**Order Permitting Transcription and Copies of Sealed Proceedings for Appellate Purposes** |

IT IS HEREBY ORDERED that the Court Reporter transcribe and provide copies of the unredacted transcripts for the sealed sentencing proceedings held on October 2, 2024 (ECF 2459) and March 12, 2025 (ECF 2648) to counsel for Ronald Yandell and counsel for the government. Counsel for Mr. Yandell is instructed not to provide a copy of this transcript to Mr. Yandell. Should the transcript be deemed necessary to an appellate issue, it must be filed in a sealed Excerpts of Record in the Ninth Circuit Court of Appeals, and any portion of briefing referring to the transcript must also be redacted from public filing and filed under seal per 9th Cir. R. 27-13(d) and (e), and 9th Cir. Rule 30-1.4(d).

DATED: July 29, 2025.

UNITED STATES DISTRICT JUDGE