UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>    v.<br><br>Ronald Yandell,<br><br>                 Defendant. | No. 2:19-cr-00107-KJM<br><br>ORDER |

Defendant Ronald Yandell requests an order permitting the court reporter to release a copy of the sealed unredacted transcripts of the sentencing hearings for defendants Travis Burhop and Jeanna Quesenberry. ECF No. 2778. Yandell's counsel states that the government opposes the motion in part as to the Burhop transcripts only and that Burhop and Quesenberry oppose the request in its entirety.

The court will not resolve Yandell's request without hearing from counsel for the government, Burhop and Quesenberry. They may each file written oppositions to the request at ECF No. 2778 within fourteen days. Yandell may file a reply within twenty-one days.

IT IS SO ORDERED.

DATED: September 16, 2025.

UNITED STATES DISTRICT JUDGE

1